TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
  terrence.mcinnis@troutmansanders.com
Kevin F. Kieffer, Bar No. 192193
  kevin.kieffer@troutmansanders.com
Peter R. Lucier, Bar No. 246397
  peter.lucier@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:   949.622.2700
Facsimile:    949.622.2739
*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

THOITS, LOVE, HERSHBERGER & MCLEAN
Jeffrey A. Snyder, Bar No. 148217
  jsnyder@thoits.com
285 Hamilton Avenue, Suite 300
Palo Alto, California 94301
Telephone: 650.327.4200
Facsimile:  650.325.5572

*Attorneys for Sawtooth Cooling LLC, Salyer Western Cooling Company and Yuma American Cooling Corporation*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SK PM CORP., a California corporation aka "S.K. Foods PM Corp.," SK FOODS, L.P., a California limited partnership, FREDERICK SCOTT SALYER, an individual, BLACKSTONE RANCH, a California corporation aka "Blackstone Ranch Calif 'S' Corp," LISA CRIST, an individual, MARK MCCORMICK, an individual,<br><br>(caption continued on next page) | Case No.  1:10–CV–01262–OWW–GSA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Current Response Date:**<br>   9/9/2010<br>**New Response Date:**<br>   10/8/2010 |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

| | |
|---|---|
| 1 | SCOTT SALYER REVOCABLE TRUST, a trust, THE CAROLINE GAZELLE SALYER |
| 2 | IRREVOCABLE TRUST, a trust, THE STEFANIE ANN SALYER IRREVOCABLE |
| 3 | TRUST, a trust, SS FARMS, LLC, a California limited liability company, SK FOODS, LP |
| 4 | 401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K |
| 5 | Plan," SARS, LLC, a California limited liability company, CSSS LP, a California |
| 6 | limited partnership d/b/a Central Valley Shippers, SK FOODS LLC, a Nevada limited |
| 7 | liability company, S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity, |
| 8 | SKF AVIATION, LLC, a California limited liability company, SSC FARMING, LLC, a |
| 9 | California limited liability company, RHM INDUSTRIAL/SPECIALTY FOODS, INC., a |
| 10 | California corporation d/b/a Colusa County Canning Company and d/b/a SK Foods – |
| 11 | Colusa Canning, CARMEL WINE MERCHANTS LLC, a California limited |
| 12 | liability company, CIRCLE PACIFIC LTD., a New Zealand company, SUNRISE COAST |
| 13 | JAPAN, an entity or a d/b/a of unknown legal capacity, SSC FARMS I, LLC, a California |
| 14 | limited liability company, SSC FARMS II, LLC, a California limited liability company, |
| 15 | SK FARM SERVICES, LLC, a California limited liability company, SK FROZEN |
| 16 | FOODS, LLC, a California limited liability company, SALYER AMERICAN |
| 17 | INSURANCE SERVICES, a California limited liability company, SSC FARMS III, LLC, a |
| 18 | California limited liability company, SALYER AMERICAN COOLING, a general |
| 19 | partnership, SALYER WESTERN COOLING COMPANY, a general partnership, YUMA |
| 20 | AMERICAN COOLING CORPORATION, an entity or a d/b/a of unknown legal capacity, |
| 21 | SAWTOOTH COOLING, LLC, a California limited liability company, and SALYER |
| 22 | AMERICAN FRESH FOODS, a California corporation, |
| 23 | Defendants. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1050722v1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, on July 14, 2010, Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc. (collectively "Plaintiffs") filed their complaint in this matter against the above-captioned defendants (the "Complaint");

WHEREAS, on July 23, 2010, Plaintiffs served the summons and Complaint on Defendant Sawtooth Cooling, LLC ("Sawtooth Cooling");

WHEREAS, the initial deadline for Sawtooth Cooling to respond to the Complaint was August 13, 2010;

WHEREAS, Sawtooth Cooling, Defendant Salyer Western Cooling Company ("Salyer Western Cooling"), and Defendant Yuma American Cooling Corporation ("Yuma American Cooling") (collectively the "Cooling Entities") stipulated with Plaintiffs, through counsel, that the deadline for the Cooling Entities to file their respective responses to the Complaint would be September 9, 2010;

WHEREAS, the Cooling Entities and Plaintiffs believe that an early resolution of this action may be possible without the necessity of the Cooling Entities filing a responsive pleading, and are currently exploring such a resolution;

NOW THEREFORE, Plaintiffs and the Cooling Entities, through counsel, hereby agree and stipulate:

1. To extend the time for the Cooling Entities to respond to the Complaint to October 8, 2010.

| | |
|---|---|
| Dated: September 8, 2010 | TROUTMAN SANDERS LLP |
| | By: /s/ Peter R. Lucier<br>Terrence R. McInnis<br>Kevin F. Kieffer<br>Peter R. Lucier |
| | *Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.* |
| Dated: September 8, 2010 | THOITS, LOVE, HERSHBERGER & MCLEAN |
| | By: /s/ Jeffrey A. Snyder (as authorized on 9/8/10)<br>Jeffrey A. Snyder |
| | *Attorneys for Sawtooth Cooling LLC, Salyer Western Cooling Company and Yuma American Cooling Corporation* |

## CERTIFICATION

Pursuant to Local Rule 131(e), I, PETER R. LUCIER, certify that on September 8, 2010 Jeffrey A. Snyder authorized me to submit this Stipulation and [Proposed] Order to Extend Time to Respond to Complaint on his behalf.

IT IS SO ORDERED.

Dated: **September 8, 2010**        /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE