TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
  terrence.mcinnis@troutmansanders.com
Kevin F. Kieffer, Bar No. 192193
  kevin.kieffer@troutmansanders.com
Peter R. Lucier, Bar No. 246397
  peter.lucier@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:   949.622.2700
Facsimile:   949.622.2739

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

DUANE MORRIS LLP
Stephen H. Sutro, Bar. No. 172168
  shsutro@duanemorris.com
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone:   415 957 3008
Facsimile:   415 276 9855

*Attorneys for Lisa Crist*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br>SK PM CORP., a California corporation aka "S.K. Foods PM Corp.," SK FOODS, L.P., a California limited partnership, FREDERICK SCOTT SALYER, an individual, BLACKSTONE RANCH, a California corporation aka "Blackstone Ranch Calif 'S' Corp," LISA CRIST, an individual, MARK MCCORMICK, an individual,<br><br>        (caption continued on next page) | Case No.  1:10–CV–01262–OWW–GSA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LISA CRIST TO RESPOND TO COMPLAINT**<br><br>**Complaint Served: 7/26/2010**<br>**Current Response Date: 9/13/2010**<br>**New Response Date: 10/28/2010** |

SCOTT SALYER REVOCABLE TRUST, a trust, THE CAROLINE GAZELLE SALYER IRREVOCABLE TRUST, a trust, THE STEFANIE ANN SALYER IRREVOCABLE TRUST, a trust, SS FARMS, LLC, a California limited liability company, SK FOODS, LP 401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K Plan," SARS, LLC, a California limited liability company, CSSS LP, a California limited partnership d/b/a Central Valley Shippers, SK FOODS LLC, a Nevada limited liability company, S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity, SKF AVIATION, LLC, a California limited liability company, SSC FARMING, LLC, a California limited liability company, RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation d/b/a Colusa County Canning Company and d/b/a SK Foods – Colusa Canning, CARMEL WINE MERCHANTS LLC, a California limited liability company, CIRCLE PACIFIC LTD., a New Zealand company, SUNRISE COAST JAPAN, an entity or a d/b/a of unknown legal capacity, SSC FARMS I, LLC, a California limited liability company, SSC FARMS II, LLC, a California limited liability company, SK FARM SERVICES, LLC, a California limited liability company, SK FROZEN FOODS, LLC, a California limited liability company, SALYER AMERICAN INSURANCE SERVICES, a California limited liability company, SSC FARMS III, LLC, a California limited liability company, SALYER AMERICAN COOLING, a general partnership, SALYER WESTERN COOLING COMPANY, a general partnership, YUMA AMERICAN COOLING CORPORATION, an entity or a d/b/a of unknown legal capacity, SAWTOOTH COOLING, LLC, a California limited liability company, and SALYER AMERICAN FRESH FOODS, a California corporation,

                        Defendants.

1051150v1

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, on July 14, 2010, Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc. (collectively "Plaintiffs") filed their complaint in this matter against the above-captioned defendants (the "Complaint");

WHEREAS, on July 26, 2010, Plaintiffs served the summons and Complaint on defendant Lisa Crist;

WHEREAS, on August 19, 2010, Plaintiffs and Lisa Crist stipulated to extend the time for Lisa Crist to respond to the Complaint to September 13, 2010, pursuant to Local Rule 144(a);

WHEREAS, the current deadline for Lisa Crist to respond to the Complaint is September 13, 2010;

WHEREAS, Lisa Crist and Plaintiffs believe that an early resolution of this action may be possible without the necessity of Lisa Crist filing a responsive pleading, and are currently exploring such a resolution;

NOW THEREFORE, Plaintiffs and Lisa Crist, through counsel, hereby agree and stipulate:

1. To extend the time for Lisa Crist to respond to the Complaint to October 28, 2010.

Dated: September 14, 2010          TROUTMAN SANDERS LLP

By:  /s/ Peter R. Lucier
    Terrence R. McInnis
    Kevin F. Kieffer
    Peter R. Lucier

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

| | |
|---|---|
| Dated: September 14, 2010 | DUANE MORRIS LLP |
| | By: /s/ Stephen H. Sutro (as authorized on 9/13/10) |
| | Stephen H. Sutro |
| | *Attorneys for Lisa Crist* |

## CERTIFICATION

Pursuant to Local Rule 131(e), I, PETER R. LUCIER, certify that on September 13, 2010 Stephen H. Sutro authorized me to submit this Stipulation and Order to Extend Time for Defendant Lisa Crist to Respond to Complaint on his behalf.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: **September 14, 2010** | **/s/ Oliver W. Wanger** |
| | UNITED STATES DISTRICT JUDGE |

1051150v1

2

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT