**3 Pages**

Gregory C. Nuti (CSBN 151754)
gnuti@schnader.com
Kevin W. Coleman (CSBN 168538)
kcoleman@schnader.com
Kathryn N. Richter (CSBN 100129)
krichter@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California  94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Bradley D. Sharp, Chapter 11 Trustee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SK PM CORP., a California corporation aka "S.K. Foods PM Corp.," SK FOODS, L.P., a California limited partnership, FREDERICK SCOTT SALYER, an individual, BLACKSTONE RANCH, a California corporation aka "Blackstone Ranch Calif 'S' Corp," LISA CRIST, an individual, MARK MCCORMICK, an individual, SCOTT SALYER REVOCABLE TRUST, a trust, THE CAROLINE GAZELLE SALYER IRREVOCABLE TRUST, a trust, THE STEFANIE ANN SALYER IRREVOCABLE TRUST, a trust, SS FARMS, LLC, a California limited liability company, SK FOODS, LP, 401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K Plan," SARS, LLC, a California limited liability company, CSSS LP, a California limited partnership d/b/a Central Valley Shippers, SK FOODS LLC, a Nevada limited liability company,<br><br>*(Caption continued on next page)* | Case No.: 1:10-CV-01262 OWW GSA<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIM FILED BY BRADLEY D. SHARP, CHAPTER 11 TRUSTEE FOR SK FOODS, LP AND RHM INDUSTRIAL/SPECIALTY FOODS, INC.** |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

| | |
|---|---|
| 1 | S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity, SKF AVIATION, LLC, a California limited liability company, SSC FARMING, LLC, a California limited liability company, RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation d/b/a Colusa County Canning Company and d/b/a SK Foods - Colusa Canning, CARMEL WINE MERCHANTS LLC, a California limited liability company, CIRCLE PACIFIC LTD., a New Zealand company, SUNRISE COAST JAPAN, an entity or a d/b/a of unknown legal capacity, SSC FARMS I, LLC, a California limited liability company, SSC FARMS II, LLC, a California limited liability company, SK FARM SERVICES, LLC, a California limited liability company, SK FROZEN FOODS, LLC, a California limited liability company, SALYER AMERICAN INSURANCE SERVICES, a California limited liability company, SSC FARMS III, LLC, a California limited liability company, SALYER AMERICAN COOLING, a general partnership, SALYER WESTERN COOLING COMPANY, a general partnership, YUMA AMERICAN COOLING CORPORATION, an entity or a d/b/a of unknown legal capacity, SAWTOOTH COOLING, LLC, a California limited liability company, and SALYER AMERICAN FRESH FOODS, a California corporation, |
| | Defendants. |

Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc., (collectively "Plaintiffs"), the moving party, have agreed as follows:

The parties stipulate to continue Plaintiffs' hearing set for December 13, 2010 to February 7, 2011 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: November 15, 2010

                                      TROUTMAN SANDERS LLP

                                      By:  */S/ Peter R. Lucier*
                                              Peter R. Lucier
                                              Attorneys for Plaintiffs
                                              Allied World National Assurance Company
                                              and Allied World Assurance Company
                                              (U.S.) Inc.

Dated: November 16, 2010

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _/S/ Kathryn N. Richter_
    Kathryn N. Richter
    Attorneys for Defendants Bradley D. Sharp,
    Chapter 11 Trustee for SK Foods, LP and
    RHM Industrial/Specialty Foods, Inc.

The Court, having reviewed and duly considered the foregoing stipulation of the parties, hereby continues the date for the hearing on Plaintiffs' Motion to Dismiss Counterclaim Filed by Bradley D. Sharp, Chapter 11 Trustee for SK Foods, LP and RHM Industrial/Specialty Foods, Inc. from December 13, 2010, to February 7, 2011.

IT IS SO ORDERED.

Dated: **November 16, 2010**   **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

3   PHDATA 3341663_1
**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIM**