**LAW OFFICES OF DAVID C. WINTON**
**DAVID C. WINTON (SBN 152417)**
**936-B SEVENTH STREET, #345**
**NOVATO, CA 94945**
**TEL.  (415) 421-5800**
**FAX: (415) 358-4122**
**Attorneys for Parties listed on Continuation Page A**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIORNIA

| | |
|---|---|
| **ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation,** *et al.*,<br><br>                    Plaintiffs,<br>v.<br><br>**SK PM CORP., a California corporation,** *et al.*<br><br>                    Defendants.<br><br>**AND RELATED COUNTERCLAIMS** | Case No. 1:10-cv-01262-OWW-JLT<br><br>**VOLUNTARY DISMISSAL OF COUNTERCLAIM WITHOUT PREJUDICE, STIPULATION FOR LEAVE TO REFILE, AND ORDER THEREON** |

1

<u>Continuation Page A</u>

<u>List of parties represented by Chiarelli & Mollica LLP</u>

1. Frederick Scott Salyer;
2. SK PM Corp., a California corporation aka "S.K. Foods PM Corp.";
3. Blackstone Ranch, a California corporation aka "Blackstone Ranch Calif 'S' Corp";
4. Scott Salyer, Trustee for the Scott Salyer Revocable Trust, a trust, erroneously sued as "The Scott Salyer Revocable Trust";
5. Robert Pruett, Trustee for the Caroline Gazelle Salyer 1999 Irrevocable Trust, a trust, erroneously sued as "The Caroline Gazelle Salyer Irrevocable Trust";
6. Robert Pruett, Trustee for the Caroline Gazelle Salyer 2007 Irrevocable Trust, a trust, erroneously sued as "The Caroline Gazelle Salyer Irrevocable Trust";
7. Robert Pruett, Trustee for the Stefanie Ann Salyer 1999 Irrevocable Trust, a trust, erroneously sued as "The Stefanie Ann Salyer Irrevocable Trust";
8. Robert Pruett, Trustee for The Stefanie Ann Salyer 2007 Irrevocable Trust, a trust, erroneously sued as "The Stefanie Ann Salyer Irrevocable Trust";
9. SS Farms, LLC, a California limited liability company;
10. SARS, LLC, a California limited liability company;
11. CSSS LP, a California limited partnership d/b/a Central Valley Shippers;
12. SK Foods LLC, a Nevada limited liability company;
13. S.K. Foods PM Corp., an entity or a d/b/a of unknown legal capacity;
14. SKF Aviation, LLC, a California limited liability company;
15. SSC Farming LLC, a California limited liability company;
16. SSC Farms I, LLC, a California limited liability company;
17. SSC Farms II, LLC, a California limited liability company;
18. SSC Farms III, LLC, a California limited liability company;
19. SK Farm Services, LLC, a California limited liability company;
20. SK Frozen Foods, LLC, a California limited liability company;
21. Carmel Wine Merchants LLC;
22. Salyer American Fresh Foods
23. Salyer American Cooling, Inc.
24. Salyer Western Cooling
25. Yuma American Cooling, Inc.
26. Sawtooth American Cooling

WHEREAS, on July 14, 2010 Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc. (collectively "Plaintiffs") filed a Complaint in the above captioned matter against parties, including the defendants listed on the attached Continuation Page A (the "Salyer Defendants"); and

WHEREAS, on September 17, 2010 the Salyer Defendants filed an Answer and Counterclaims against Plaintiffs; and

WHEREAS, on October 22, 2010 Plaintiffs filed and served a Motion to Dismiss the Salyer Defendants' Counterclaims, Docket No. 30, (the "MTD"), which MTD is currently set for hearing on February 7, 2011; and

WHEREAS, the Salyer Defendants have agreed to voluntarily dismiss the Counterclaims, ***without*** prejudice, subject to Plaintiffs' advance and irrevocable stipulation herein for leave to refile the Counterclaims up 90 calendar days before the close of discovery; and

WHEREBY, the Parties acknowledge that that there is no discovery cutoff or trial date set as of the date of this Stipulation and Order;

WHEREAS, the Parties acknowledge that any trial date or pre-trial deadlines subsequently set at the Initial Scheduling Conference may need to be reevaluated in the event that the Salyer Defendants, or any of them, refile their Counterclaims at a later date;

NOW THEREFORE, Plaintiffs and the Salyer Defendants, through counsel, hereby agree and stipulate:

1. The Salyer Defendants hereby dismiss their Counterclaims, without prejudice, effective on the date that this Court approves this Stipulation by signing the below Order;

2. Plaintiffs hereby stipulate and agree that the Salyer Defendants may refile

their Counterclaims against Plaintiff at any time up to and including 90 days before any originally set party-related discovery cutoff, not including any time limited to expert related discovery;

    3.    No prerequisites to the refiling of the Counterclaims shall be required, and this Stipulation and Order shall constitute advance and irrevocable consent and leave of Court for the refiling of the Counterclaims;

    3.    This Order shall be admissible as evidence in any motion or proceeding related to the timeliness of the filing of the Counterclaims;

    4.    In the event that Counterclaims *are* refiled, for purposes of any statutes of limitations said Counterclaims shall relate back to the date of the filing of the first Counterclaim, September 17, 2010, and shall be deemed an original Counterclaim and not an Amended Counterclaim as set forth in FRCP 15.  All other rules applicable to original pleadings set forth in FRCP 12, 13 and 15 shall apply;

    5.    The Motion to Dismiss the Salyer Defendants Counterclaims (Docket No. 30) currently set for hearing on February 7, 2011 is hereby withdrawn, and the hearing date shall be taken off the Court's calendar.   This stipulation does not withdraw Plaintiffs' motion to dismiss the counterclaim filed by Bradley D. Sharp, Chapter 11 Trustee for SK Foods, LP and RHM Industrial/Specialty Foods, Inc. (Docket No. 31), which is also currently set for hearing on February 7, 2011.

    6.    Counsel for the Salyer Defendants is hereby authorized to file this Stipulation on behalf of counsel for Plaintiffs.

    SO STIPULATED

| | |
|---|---|
| Dated: January 13, 2011 | LAW OFFICES OF DAVID C. WINTON |
| | |
| |     /S/   David C. Winton |
| | David C. Winton, Esq. |
| | Attorneys for the Parties listed on Continuation Page A |
| Dated: January 13, 2010 | TROUTMAN SANDERS LLP |
| | |
| | By: /S/ Peter R. Lucier |
| | Terrence R. McInnis |
| | Kevin F. Kieffer |
| | Peter R. Lucier |
| | |
| | *Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.* |

    The Court, having reviewed and duly considered the foregoing stipulation of the Parties, hereby approves said Stipulation and adopts its terms as the Order of this Court. The Clerk is directed to dismiss the Salyer Defendants' Counterclaim without prejudice, and strike the hearing date for the Motion to Dismiss the Salyer Defendants Counterclaims (Docket No. 30) set for February 7, 2011 in the captioned matter from the calendar.

IT IS SO ORDERED.

    Dated:  **January 19, 2011**                **/s/ Oliver W. Wanger**
                                                           UNITED STATES DISTRICT JUDGE