**4 Pages**

Gregory C. Nuti (CSBN 151754)
Kevin W. Coleman (CSBN 168538)
Kathryn N. Richter (CSBN 100129)
krichter@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Bradley D. Sharp, Chapter 11 Trustee for Defendant SK Foods, LP and RHM Industrial /Specialty Foods, Inc., d/b/a Colusa Canning Company

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,

Plaintiffs,

vs.

SK PM CORP., a California corporation, et al.,

Defendants.

AND RELATED COUNTERCLAIMS

Case No.: 1:10-CV-01262 OWW GSA

**STIPULATION RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND LEAVE TO REFILE COUNTERCLAIM FILED BY BRADLEY D. SHARP, CHAPTER 11 TRUSTEE FOR SK FOODS, LP AND RHM INDUSTRIAL/SPECIALTY FOODS, INC.; ORDER**

WHEREAS, on July 14, 2010, Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc. (collectively “Plaintiffs”) filed a Complaint in the above captioned matter against parties, including SK Foods, LP and RHM Industrial/Specialty Foods, Inc., d/b/a Colusa Canning Company; and,

WHEREAS, Bradley D. Sharp is the duly appointed and acting Chapter 11 Trustee for Defendants SK Foods, LP and RHM Industrial /Specialty Foods, Inc., d/b/a Colusa Canning Company (hereafter “Debtors”) in that certain proceeding titled SK Foods, LP, a California

PHDATA 3356412_1

**Stipulation Re: Voluntary Dismissal Without Prejudice and Leave to Refile Counterclaim Filed by Bradley D. Sharp, Chapter 11 Trustee For SK Foods, LP and RHM Industrial/Specialty Foods, Inc.; Order**

limited partnership, case No. 09-29162-D-11, on file in the United States Bankruptcy Court, eastern District of California, Sacramento Division.

WHEREAS, on October 6, 2010 Bradley D. Sharp, Chapter 11 Trustee for SK Foods, LP and RHM Industrial/Specialty Foods, Inc. (hereafter "Trustee") filed an Answer and Counterclaims against Plaintiffs [Docket No. 28]; and,

WHEREAS, on October 27, 2010 Plaintiffs filed and served a Motion to Dismiss the Trustee's Counterclaims [Docket No. 31], which is currently set for hearing on February 7, 2011; and

WHEREAS, the Trustee has agreed to voluntarily dismiss the Counter-claims, ***without*** prejudice, subject to Plaintiffs' advance and irrevocable stipulation herein for leave to refile the Counterclaims up to 90 calendar days before the close of discovery; and

WHEREAS, the Parties acknowledge that there is no discovery cutoff or trial date set as of the date of this Stipulation and Order; and

WHEREAS, the Parties acknowledge that any trial date or pre-trial deadlines subsequently set at the Initial Scheduling Conference may need to be reevaluated in the event that the Salyer Defendants, or any of them, refile their Counterclaims at a later date;

NOW THEREFORE, Plaintiffs and the Trustee, through counsel, hereby agree and stipulate:

1. The Trustee hereby dismisses his Counterclaims, without prejudice, effective on the date that this Court approves this Stipulation by signing the below Order;

2. Plaintiffs hereby stipulate and agree that the Trustee may refile his Counterclaims against Plaintiff at any time up to and including 90 days before any originally set party-related discovery cutoff, not including any time limited to expert related discovery;

3. No prerequisites to the refiling of the Counterclaims shall be required, and this Stipulation and Order shall constitute advance and irrevocable consent and leave of Court for the refilling of the Counterclaims;

4. This Order shall be admissible as evidence in any motion or proceeding related to the timeliness of the filing of the Counterclaims;

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

2

PHDATA 3356412_1

**Stipulation Re: Voluntary Dismissal Without Prejudice and Leave to Refile Counterclaim Filed by Bradley D. Sharp, Chapter 11 Trustee For SK Foods, LP and RHM Industrial/Specialty Foods, Inc.; Order**

5. In the event that Counterclaims *are* refiled, for purposes of any statutes of limitations said Counterclaims shall relate back to the date of the filing of the first Counterclaim, October 6, 2010, and shall be deemed an original Counterclaim and not an Amended Counterclaim as set forth in FRCP 15. All other rules applicable to original pleadings set forth in FRCP 12, 13 and 15 shall apply;

6. The Motion to Dismiss the Trustee's Counterclaims [Docket No. 31] currently set for hearing on February 7, 2011 is hereby withdrawn, and the hearing date shall be taken off the Court's calendar.

7. Counsel for the Trustee is hereby authorized to file this Stipulation on behalf of counsel for the Plaintiffs.

IT IS SO STIPULATED.

Dated: January 24, 2011

TROUTMAN SANDERS LLP

By: */S/ Peter R. Lucier*
Peter R. Lucier
Attorneys for Plaintiffs
Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.

Dated: January 24, 2011

SCHNADER HARRISON SEGAL & LEWIS LLP

By: */S/Kathryn N. Richter*
Kathryn N. Richter
Attorneys for Defendants Bradley D. Sharp, Chapter 11 Trustee for SK Foods, LP and RHM Industrial/Specialty Foods, Inc.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

3
PHDATA 3356412_1
**Stipulation Re: Voluntary Dismissal Without Prejudice and Leave to Refile Counterclaim Filed by Bradley D. Sharp, Chapter 11 Trustee For SK Foods, LP and RHM Industrial/Specialty Foods, Inc.; Order**

The Court, having reviewed and duly considered the foregoing stipulation of the parties, hereby approves said Stipulation and adopts its terms as the Order of this Court. The Clerk is directed to dismiss the Trustee' Counterclaim without prejudice, and strike the hearing date for the Motion to Dismiss the Counterclaim Filed by Bradley D. Sharp, Chapter 11 Trustee for SK Foods, LP and RHM Industrial/Specialty Foods, Inc. [Docket No. 31] set for February 7, 2011 in the captioned matter from the calendar.

IT IS SO ORDERED.

Dated: **January 24, 2011**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

4

PHDATA 3356412_1

**Stipulation Re: Voluntary Dismissal Without Prejudice and Leave to Refile Counterclaim Filed by Bradley D. Sharp, Chapter 11 Trustee For SK Foods, LP and RHM Industrial/Specialty Foods, Inc.; Order**