TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
  terrence.mcinnis@troutmansanders.com
Kevin F. Kieffer, Bar No. 192193
  kevin.kieffer@troutmansanders.com
Peter R. Lucier, Bar No. 246397
  peter.lucier@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:   949.622.2700
Facsimile:   949.622.2739

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

DUANE MORRIS LLP
Stephen H. Sutro, Bar. No. 172168
  shsutro@duanemorris.com
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone:   415 957 3008
Facsimile:   415 276 9855

*Attorneys for Lisa Crist*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,<br><br>                     Plaintiffs,<br><br>     v.<br><br>SK PM CORP., a California corporation aka "S.K. Foods PM Corp.," SK FOODS, L.P., a California limited partnership, FREDERICK SCOTT SALYER, an individual, BLACKSTONE RANCH, a California corporation aka "Blackstone Ranch Calif 'S' Corp," LISA CRIST, an individual, MARK MCCORMICK, an individual,<br><br>          (caption continued on next page) | Case No.  1:10–CV–01262–OWW–JLT<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LISA CRIST TO RESPOND TO COMPLAINT**<br><br>**Complaint Served: 7/26/2010**<br>**Current Response Date: 1/27/2011**<br>**New Response Date: 2/28/2011** |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

| | |
|---|---|
| 1 | SCOTT SALYER REVOCABLE TRUST, a trust, THE CAROLINE GAZELLE SALYER IRREVOCABLE TRUST, a trust, THE STEFANIE ANN SALYER IRREVOCABLE TRUST, a trust, SS FARMS, LLC, a California limited liability company, SK FOODS, LP 401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K Plan," SARS, LLC, a California limited liability company, CSSS LP, a California limited partnership d/b/a Central Valley Shippers, SK FOODS LLC, a Nevada limited liability company, S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity, SKF AVIATION, LLC, a California limited liability company, SSC FARMING, LLC, a California limited liability company, RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation d/b/a Colusa County Canning Company and d/b/a SK Foods – Colusa Canning, CARMEL WINE MERCHANTS LLC, a California limited liability company, CIRCLE PACIFIC LTD., a New Zealand company, SUNRISE COAST JAPAN, an entity or a d/b/a of unknown legal capacity, SSC FARMS I, LLC, a California limited liability company, SSC FARMS II, LLC, a California limited liability company, SK FARM SERVICES, LLC, a California limited liability company, SK FROZEN FOODS, LLC, a California limited liability company, SALYER AMERICAN INSURANCE SERVICES, a California limited liability company, SSC FARMS III, LLC, a California limited liability company, SALYER AMERICAN COOLING, a general partnership, SALYER WESTERN COOLING COMPANY, a general partnership, YUMA AMERICAN COOLING CORPORATION, an entity or a d/b/a of unknown legal capacity, SAWTOOTH COOLING, LLC, a California limited liability company, and SALYER AMERICAN FRESH FOODS, a California corporation, |
| | Defendants. |

1054779v1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

1    WHEREAS, on July 14, 2010, Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc. (collectively "Plaintiffs") filed their complaint in this matter against the above-captioned defendants (the "Complaint");

WHEREAS, pursuant to the stipulation of the parties and Order of this Court, the current deadline for Lisa Crist to respond to the Complaint is January 27, 2011;

WHEREAS, the parties continue to believe that this matter may be resolved as between Plaintiffs and Lisa Crist without the necessity of Lisa Crist filing a responsive pleading. For this reason, the Lisa Crist and Plaintiffs believe that good cause exists to extend the deadline for Lisa Crist to respond to the Complaint until February 28, 2011;

WHEREAS, the Initial Scheduling Conference is set for March 25, 2011. Thus, the parties do not believe that this extension will impact the timely progression of this action.

NOW THEREFORE, Plaintiffs and Lisa Crist, through counsel, hereby agree and stipulate, subject to the Court's approval, to extend the time for Lisa Crist to respond to the Complaint to February 28, 2011.

Dated: January 26, 2011                TROUTMAN SANDERS LLP


                                       By:  Peter R. Lucier
                                            Terrence R. McInnis
                                            Kevin F. Kieffer
                                            Peter R. Lucier

                                       *Attorneys for Plaintiffs Allied World National
                                       Assurance Company and Allied World
                                       Assurance Company (U.S.) Inc.*

Dated: January 26, 2011                DUANE MORRIS LLP


                                       By:  Stephen H. Sutro (as authorized on 1/26/2011)
                                            Stephen H. Sutro

                                       *Attorneys for Lisa Crist*

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

**CERTIFICATION**

Pursuant to Local Rule 131(e), I, PETER R. LUCIER, certify that on January 26, 2011, Stephen H. Sutro authorized me to submit this Stipulation and Order to Extend Time for Defendant Lisa Crist to Respond to Complaint on his behalf.

**ORDER**

IT IS SO ORDERED.

Dated:   **January 27, 2011**            **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1054779v1                    2           STIPULATION AND ORDER TO EXTEND TIME TO
                                         RESPOND TO COMPLAINT