TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
  terrence.mcinnis@troutmansanders.com
Kevin F. Kieffer, Bar No. 192193
  kevin.kieffer@troutmansanders.com
Peter R. Lucier, Bar No. 246397
  peter.lucier@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:   949.622.2700
Facsimile:   949.622.2739

*Attorneys for Plaintiffs Allied World National
Assurance Company and Allied World Assurance
Company (U.S.) Inc.*

THOITS, LOVE, HERSHBERGER & MCLEAN
Jeffrey A. Snyder, Bar No. 148217
  jsnyder@thoits.com
285 Hamilton Avenue, Suite 300
Palo Alto, California 94301
Telephone:  650.327.4200
Facsimile:   650.325.5572

*Attorneys for Sawtooth Cooling LLC, Salyer
Western Cooling Company and Yuma American
Cooling Corporation*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>SK PM CORP., a California corporation aka "S.K. Foods PM Corp.," SK FOODS, L.P., a California limited partnership, FREDERICK SCOTT SALYER, an individual, BLACKSTONE RANCH, a California corporation aka "Blackstone Ranch Calif 'S' Corp," LISA CRIST, an individual, MARK MCCORMICK, an individual,<br><br>          (caption continued on next page) | Case No.  1:10–CV–01262–OWW–JLT<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS SAWTOOTH COOLING, LLC, SALYER WESTERN COOLING COMPANY, AND YUMA AMERICAN COOLING CORPORATION; ORDER** |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1105390v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

SCOTT SALYER REVOCABLE TRUST, a trust, THE CAROLINE GAZELLE SALYER IRREVOCABLE TRUST, a trust, THE STEFANIE ANN SALYER IRREVOCABLE TRUST, a trust, SS FARMS, LLC, a California limited liability company, SK FOODS, LP 401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K Plan," SARS, LLC, a California limited liability company, CSSS LP, a California limited partnership d/b/a Central Valley Shippers, SK FOODS LLC, a Nevada limited liability company, S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity, SKF AVIATION, LLC, a California limited liability company, SSC FARMING, LLC, a California limited liability company, RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation d/b/a Colusa County Canning Company and d/b/a SK Foods – Colusa Canning, CARMEL WINE MERCHANTS LLC, a California limited liability company, CIRCLE PACIFIC LTD., a New Zealand company, SUNRISE COAST JAPAN, an entity or a d/b/a of unknown legal capacity, SSC FARMS I, LLC, a California limited liability company, SSC FARMS II, LLC, a California limited liability company, SK FARM SERVICES, LLC, a California limited liability company, SK FROZEN FOODS, LLC, a California limited liability company, SALYER AMERICAN INSURANCE SERVICES, a California limited liability company, SSC FARMS III, LLC, a California limited liability company, SALYER AMERICAN COOLING, a general partnership, SALYER WESTERN COOLING COMPANY, a general partnership, YUMA AMERICAN COOLING CORPORATION, an entity or a d/b/a of unknown legal capacity, SAWTOOTH COOLING, LLC, a California limited liability company, and SALYER AMERICAN FRESH FOODS, a California corporation,

Defendants.

1105390v1

STIPULATION OF VOLUNTARY DISMISSAL
AND [PROPOSED] ORDER

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc. (collectively "Plaintiffs") and Defendants Sawtooth Cooling, LLC, Salyer Western Cooling Company, and Defendant Yuma American Cooling Corporation (collectively the "Cooling Entities") hereby stipulate and agree that this action is dismissed as between the Plaintiffs and Cooling Entities only, with respect to both the complaint and counterclaims, with prejudice, each side to bear its own fees and costs. The Cooling Entities' counterclaims, which this Court previously ordered dismissed without prejudice on or about January 19, 2011 (see Docket Entry 44), are hereby deemed to have been dismissed with prejudice.

Dated:  April 18, 2011                TROUTMAN SANDERS LLP


By: s/ Peter R. Lucier
Terrence R. McInnis
Kevin F. Kieffer
Peter R. Lucier

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

Dated:  April 18, 2011                THOITS, LOVE, HERSHBERGER & MCLEAN


By: /s Jeffrey A. Snyder (as authorized on 4/18/2011)
Jeffrey A. Snyder

*Attorneys for Sawtooth Cooling LLC, Salyer Western Cooling Company and Yuma American Cooling Corporation*

///

///

///

1105390v1

STIPULATION OF VOLUNTARY DISMISSAL AND ORDER

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1

2

3

4    IT IS SO ORDERED.

5        Dated:   **April 18, 2011**                        **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1105390v1

2

STIPULATION OF VOLUNTARY DISMISSAL
AND ORDER