TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
  terrence.mcinnis@troutmansanders.com
Kevin F. Kieffer, Bar No. 192193
  kevin.kieffer@troutmansanders.com
Peter R. Lucier, Bar No. 246397
  peter.lucier@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone:   949.622.2700
Facsimile:   949.622.2739

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

For a complete list of stipulating parties and their counsel please see Continuation Page

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SK PM CORP., a California corporation aka "S.K. Foods PM Corp.," SK FOODS, L.P., a California limited partnership, FREDERICK SCOTT SALYER, an individual, BLACKSTONE RANCH, a California corporation aka "Blackstone Ranch Calif 'S' Corp," LISA CRIST, an individual, MARK MCCORMICK, an individual,<br><br>(caption continued on next page) | Case No.  1:10–CV–01262–OWW–JLT<br><br>Hon. Oliver W. Wanger<br>Ctrm. 3<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON THE SALYER PARTIES' MOTION TO STAY CIVIL PROCEEDINGS PENDING CRIMINAL PROSECUTION** |

1110303v1

STIPULATION AND  ORDER TO CONTINUE
HEARING ON MOTION TO STAY

| | |
|---|---|
| 1 | SCOTT SALYER REVOCABLE TRUST, a trust, THE CAROLINE GAZELLE SALYER IRREVOCABLE TRUST, a trust, THE STEFANIE ANN SALYER IRREVOCABLE TRUST, a trust, SS FARMS, LLC, a California limited liability company, SK FOODS, LP 401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K Plan," SARS, LLC, a California limited liability company, CSSS LP, a California limited partnership d/b/a Central Valley Shippers, SK FOODS LLC, a Nevada limited liability company, S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity, SKF AVIATION, LLC, a California limited liability company, SSC FARMING, LLC, a California limited liability company, RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation d/b/a Colusa County Canning Company and d/b/a SK Foods – Colusa Canning, CARMEL WINE MERCHANTS LLC, a California limited liability company, CIRCLE PACIFIC LTD., a New Zealand company, SUNRISE COAST JAPAN, an entity or a d/b/a of unknown legal capacity, SSC FARMS I, LLC, a California limited liability company, SSC FARMS II, LLC, a California limited liability company, SK FARM SERVICES, LLC, a California limited liability company, SK FROZEN FOODS, LLC, a California limited liability company, SALYER AMERICAN INSURANCE SERVICES, a California limited liability company, SSC FARMS III, LLC, a California limited liability company, SALYER AMERICAN COOLING, a general partnership, SALYER WESTERN COOLING COMPANY, a general partnership, YUMA AMERICAN COOLING CORPORATION, an entity or a d/b/a of unknown legal capacity, SAWTOOTH COOLING, LLC, a California limited liability company, and SALYER AMERICAN FRESH FOODS, a California corporation, |
| | Defendants. |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1110303v1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO STAY

**CONTINUATION PAGE:**

| | |
|---|---|
| Gregory C. Nuti (CSBN 151754)<br>  gnuti@schnader.com<br>Kevin W. Coleman (CSBN 168538)<br>  kcoleman@schnader.com<br>Kathryn N. Richter (CSBN 100129)<br>  krichter@schnader.com<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, California 94104-5501<br>Telephone:   415.364.6742<br>Facsimile:    415.364.6785 | *Attorneys for Bradley D. Sharp, Chapter 11 Trustee* |
| LAW OFFICES OF DAVID C. WINTON<br>David C. Winton, Bar No. 152417<br>  david@dcwintonlaw.com<br>2121 N. California Blvd., Suite 290<br>Walnut Creek, CA 94596<br>Telephone: 925.974.3325<br>Facsimile: 925.974.3506 | *Counsel for Frederick Scott Salyer individually and as trustee for the Scott Salyer Revocable Trust, Robert Pruett, Trustee for the Caroline Gazelle Salyer 1999 Irrevocable Trust, the Caroline Gazelle Salyer 2007 Irrevocable Trust, the Stefanie Ann Salyer 1999 Irrevocable Trust and the Stefanie Ann Salyer 2007 Irrevocable Trust, SK PM Corp., aka "S.K. Foods PM Corp.," Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp," SS Farms, LLC, SARS, LLC, CSSS LP, d/b/a Central Valley Shippers, SK Foods LLC, S.K. Foods PM Corp., SKF Aviation, LLC, SSC Farming LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SK Farm Services, LLC, SK Frozen Foods, LLC, Carmel Wine Merchants LLC, Salyer American Cooling, Salyer American Fresh Foods* |

1     WHEREAS, on April 28, 2011, the following parties filed a Motion to Stay Civil
2  Proceedings Pending Criminal Prosecution ("Motion to Stay"):

- Frederick Scott Salyer individually and as trustee for the Scott Salyer Revocable Trust,
- Robert Pruett, Trustee for the Caroline Gazelle Salyer 1999 Irrevocable Trust, the Caroline Gazelle Salyer 2007 Irrevocable Trust, the Stefanie Ann Salyer 1999 Irrevocable Trust and the Stefanie Ann Salyer 2007 Irrevocable Trust,
- SK PM Corp., aka "S.K. Foods PM Corp.,"
- Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp,"
- SS Farms, LLC,
- SARS, LLC,
- CSSS LP, d/b/a Central Valley Shippers,
- SK Foods LLC,
- S.K. Foods PM Corp.,
- SKF Aviation, LLC,
- SSC Farming LLC,
- SSC Farms I, LLC,
- SSC Farms II, LLC,
- SSC Farms III, LLC,
- SK Farm Services, LLC,
- SK Frozen Foods, LLC,
- Carmel Wine Merchants LLC,
- Salyer American Cooling, and
- Salyer American Fresh Foods,

(collectively referred to herein as the "Salyer Parties");

WHEREAS, the Salyer Parties' Motion to Stay is currently set to be heard on June 13, 2011, at 11:00 a.m.;

WHEREAS, counsel for Plaintiffs has a conflict that will prevent him from being able to attend the hearing on the Motion to Stay on June 13, 2011;

1110303v1                                        2                STIPULATION AND ORDER TO CONTINUE
                                                                  HEARING ON MOTION TO STAY

WHEREAS, the next available date that the undersigned counsel are available to attend the hearing on the Motion to Stay is July 11, 2011;

WHEREAS, in light of Plaintiffs' counsel's conflict, the parties have agreed that the Motion to Stay can be heard on July 11, 2011, at 10:00 a.m., a time that is currently available for hearing motions pursuant to the individual motion hearing dates page for Judge Oliver W. Wanger;

NOW THEREFORE, Plaintiffs, Bradley D. Sharp, Chapter 11 Trustee for SK Foods, L.P., and RHM Industrial/Specialty Foods, Inc., and the Salyer Parties, through counsel, hereby stipulate and request that:

1. The Court continue the hearing on the Salyer Parties' Motion to Stay until July 11, 2011, at 10:00 a.m.; and

2. That the deadlines for Plaintiffs' opposition to the Motion to Stay and the Salyer Parties' reply in support of the Motion to Stay will be calculated based upon the continued hearing date pursuant to the Local Rules.

Dated:  May 23, 2011                        TROUTMAN SANDERS LLP


By: /s/ Peter R. Lucier
    Terrence R. McInnis
    Kevin F. Kieffer
    Peter R. Lucier

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

Dated:  May 23, 2011                        LAW OFFICES OF DAVID C. WINTON


By: /s/ David C. Winton (authorized 5/23/2011)
    David C. Winton

*Counsel for the "Salyer Defendants," listed above*

1110303v1                        3                        STIPULATION AND ORDER TO CONTINUE
                                                          HEARING ON MOTION TO STAY

| | |
|---|---|
| Dated: May 23, 2011 | SCHNADER HARRISON SEGAL & LEWIS LLP |
| | By: /s/ Kathryn N. Richter (authorized 5/23/2011)<br>Gregory C. Nuti<br>Kevin W. Coleman<br>Kathryn N. Richter |
| | *Attorneys for Bradley D. Sharp, Chapter 11 Trustee* |

## CERTIFICATION

Pursuant to Local Rule 131(e), I, PETER R. LUCIER, certify that on May 23, 2011 David C. Winton and Kathryn N. Richter authorized me to submit this Stipulation and Order to Continue Hearing on the Salyer Parties' Motion to Stay Civil Proceedings Pending Criminal Prosecution.

## ORDER

IT IS SO ORDERED.

Dated: **May 24, 2011**              **/s/ Oliver W. Wanger**
                           UNITED STATES DISTRICT JUDGE