IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, et al., | ) Case No.: 1:10-cv-01262 -- JLT )  |
| Plaintiffs, | ) ORDER TO ALL PARTIES TO SHOW CAUSE ) WHY SANCTIONS SHOULD NOT BE  |
| v. | ) IMPOSED FOR FAILURE TO OBEY THE ) COURT'S ORDER  |
| SK PM CORP., et al., | ) )  |
| Defendants. | ) )  |

On September 14, 2011, the Court issued its Order of Reassignment, in which the Court informed the parties that the assignment of the action to Senior U.S. District Judge Wanger was withdrawn. (Doc. 77). The parties were ordered "to affirmatively indicate whether they consent to or decline the consent of the U.S. Magistrate Judge pursuant to 28 USC § 636 (c) . . . **WITHIN 30 DAYS OF THIS ORDER**." *Id*. at 2 (emphasis in original). Consequently, the parties were to file the form attached to the order, indicating their consent or decline no later than October 14, 2011. To date, all parties have failed to comply with the Court's Order.

The parties were warned: "Failure to timely comply with this order will result in an Order to Show Cause and may result in sanctions." (Doc. 77 at 2). The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." LR 110. Further, a court may impose sanctions in exercising the "inherent

1

1  power to control [its] dockets." *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831
2  (9th Cir. 1986).
3       Accordingly, Plaintiffs and Defendants are **ORDERED** to show cause **within 14 days** of the
4  date of service of this Order why sanctions should not be imposed for their failure to follow the
5  Court's Order.  In the alternative, the parties may complete and file the consent form, indicating
6  whether they consent to or decline the jurisdiction of the Magistrate Judge.
7
8  IT IS SO ORDERED.
9  Dated:   **October 18, 2011**                              **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE