IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, et al., | Case No.: 1:10-cv-01262 LJO JLT |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (Doc. 78) |
| SK PM CORP., et al., | |
| Defendants. | |

On October 18, 2011, the Court issued an Order to Show Cause as to why sanctions should not be imposed for the parties' failure to follow the Court's order, or in the alternative for the parties to complete and file the consent form. (Doc. 78). The parties have completed and filed the consent forms in a timely manner. (Docs. 79, 81-82).

Accordingly, **IT IS HEREBY ORDERED**:

The Order to Show Cause dated October 18, 2011, is **DISCHARGED**.

IT IS SO ORDERED.

Dated:  **November 1, 2011**                     /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE