**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, et al., | Case No.: 1:10-cv-01262 LJO JLT |
| Plaintiffs, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PARTIES' FAILURE TO FILE STATUS REPORT |
| v. | |
| SK PM CORP., et al., | |
| Defendants. | |

On July 28, 2011, the Court stayed this matter to allow the conclusion of the underlying criminal matter. (Doc. 75) In addition, the Court ordered that "The parties shall file a status report in six months." Id. at 6. However, as of the signing of this order, no status report has been filed.

This Court's Local Rules provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." LR 110.  Further, a court may impose sanctions in exercising the "inherent power to control [its] dockets." *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).

**ORDER**

Therefore, the Court **ORDERS**:

1. Within 10 days, the parties SHALL show cause why sanctions should not be imposed for their failure to comply with the orders of this Court;

2. Alternatively, within this same time frame, the parties SHALL file the required status report.

IT IS SO ORDERED.

Dated: **February 3, 2012**                                     /s/ Jennifer L. Thurston
                                                                 UNITED STATES MAGISTRATE JUDGE