IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD ASSURANCE CO., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SK PM CORP, et al.,<br><br>　　　　Defendants. | 1:10-cv-01262 LJO JLT<br><br>ORDER GRANTING STIPULATION TO FILE MOTION TO AMEND THE COMPLAINT<br><br>(Doc. 90) |

　　　　On July 28, 2011, the Court granted the Defendants' request to stay the action based upon the impending criminal trial of Defendant Salyers. (Doc. 75) Counsel have filed periodic status reports and the most recent report details that Defendant Salyers has entered a guilty plea in his criminal matter and is due to be sentenced on July 10, 2012. (Doc. 90) They report that the disagree as to the necessity of the stay pending the sentencing but, as a compromise, agree that the stay remain in place until after Defendant Salyers is sentenced as long as Plaintiffs are permitted to file their motion for leave to file an amended complaint. Id. at p. 2.

　　　　Good cause appearing, the Court **ORDERS**:

　　　　1.　　The stay remains in place except that Plaintiffs may file their motion for leave to file an amended complaint. Counsel are advised that, because this matter is venued in Bakersfield, non-dispositive matters are heard at 9:00 a.m., Tuesday through Thursday, before Magistrate Judge Jennifer L. Thurston. Currently, non-dispositive motions are heard at the

United States Bankruptcy Courtroom at 1300 18th Street, Bakersfield, CA.  Hearings on motions after July 13, 2012, will be heard at the United States Courthouse, located at 510 19th Street, Bakersfield, CA.

      2.      Within 10 days of the sentencing of Defendant Salyer but not later than August 1, 2012, counsel SHALL file a joint status report setting forth whether the parties agree that the stay should be lifted and, if so, their proposed date for a scheduling conference;

      3.      The status conference, set on May 24, 2012, is VACATED.

IT IS SO ORDERED.

Dated:   **May 22, 2012**                             **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE