TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
  terrence.mcinnis@troutmansanders.com
Kevin F. Kieffer, Bar No. 192193
  kevin.kieffer@troutmansanders.com
Peter R. Lucier, Bar No. 246397
  peter.lucier@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,<br><br>              Plaintiffs,<br><br>       v.<br><br>SK PM CORP., a California corporation aka "S.K. Foods PM Corp.," SK FOODS, L.P., a California limited partnership, FREDERICK SCOTT SALYER, an individual, BLACKSTONE RANCH, a California corporation aka "Blackstone Ranch Calif 'S' Corp," LISA CRIST, an individual, MARK MCCORMICK, an individual,<br><br>         (caption continued on next page) | Case No. 1:10–CV–01262–LJO–JLT<br><br>Hon. Lawrence J. O'Neill<br>Hon. Jennifer L. Thurston<br><br>**NOTICE OF DISMISSAL OF DEFENDANT MARK MCCORMICK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

NOTICE OF DISMISSAL OF DEFENDANT MARK MCCORMICK

20165797v1

| | |
|---|---|
| 1 | |
| 2 | SCOTT SALYER REVOCABLE TRUST, a trust, THE CAROLINE GAZELLE SALYER IRREVOCABLE TRUST, a trust, THE STEFANIE ANN SALYER IRREVOCABLE TRUST, a trust, SS FARMS, LLC, a California limited liability company, SK FOODS, LP 401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K Plan," SARS, LLC, a California limited liability company, CSSS LP, a California limited partnership d/b/a Central Valley Shippers, SK FOODS LLC, a Nevada limited liability company, S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity, SKF AVIATION, LLC, a California limited liability company, SSC FARMING, LLC, a California limited liability company, RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation d/b/a Colusa County Canning Company and d/b/a SK Foods – Colusa Canning, CARMEL WINE MERCHANTS LLC, a California limited liability company, CIRCLE PACIFIC LTD., a New Zealand company, SUNRISE COAST JAPAN, an entity or a d/b/a of unknown legal capacity, SSC FARMS I, LLC, a California limited liability company, SSC FARMS II, LLC, a California limited liability company, SK FARM SERVICES, LLC, a California limited liability company, SK FROZEN FOODS, LLC, a California limited liability company, SALYER AMERICAN INSURANCE SERVICES, a California limited liability company, SSC FARMS III, LLC, a California limited liability company, SALYER AMERICAN COOLING, a general partnership, SALYER WESTERN COOLING COMPANY, a general partnership, YUMA AMERICAN COOLING CORPORATION, an entity or a d/b/a of unknown legal capacity, SAWTOOTH COOLING, LLC, a California limited liability company, and SALYER AMERICAN FRESH FOODS, a California corporation, |
| | Defendants. |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

NOTICE OF DISMISSAL OF DEFENDANT
MARK MCCORMICK

20165797v1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Allied World National Assurance Company ("Allied World") and Allied World Assurance Company (U.S.) Inc. ("AWAC") (collectively "Plaintiffs") hereby dismiss their Complaint against Defendant Mark McCormick only, with prejudice.  Plaintiffs dismiss Defendant Mark McCormick from this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendant McCormick has not yet filed an answer or motion for summary judgment.

Dated:  October 17, 2012                    Respectfully submitted,

                                            TROUTMAN SANDERS LLP

                                            By:  /s/ Peter R. Lucier
                                                 Terrence R. McInnis
                                                 Kevin F. Kieffer
                                                 Peter R. Lucier

                                            *Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

### ORDER

Pursuant to the foregoing, this Court dismisses Plaintiffs' Complaint against Defendant Mark McCormick, with prejudice.

IT IS SO ORDERED.

Dated:  **October 19, 2012**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

NOTICE OF DISMISSAL OF DEFENDANT
MARK MCCORMICK

20165797v1