TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
  terrence.mcinnis@troutmansanders.com
Kevin F. Kieffer, Bar No. 192193
  kevin.kieffer@troutmansanders.com
Peter R. Lucier, Bar No. 246397
  peter.lucier@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:   949.622.2700
Facsimile:   949.622.2739

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

Please see continuation page for a complete list of parties and their counsel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SK PM CORP., a California corporation aka "S.K. Foods PM Corp.," SK FOODS, L.P., a California limited partnership, FREDERICK SCOTT SALYER, an individual, BLACKSTONE RANCH, a California corporation aka "Blackstone Ranch Calif 'S' Corp," SCOTT SALYER REVOCABLE TRUST, a trust, THE CAROLINE GAZELLE SALYER IRREVOCABLE TRUST, a trust, THE STEFANIE ANN SALYER IRREVOCABLE TRUST, a trust, SS FARMS, LLC, a California limited liability company, SK FOODS, LP<br><br>(caption continued on next page) | Case No.  1:10–CV–01262–LJO–JLT<br><br>Hon. Lawrence J. O'Neill<br>Hon. Jennifer L. Thurston<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER CONTINUING DEADLINES**<br><br>*COURT LANGUAGE ADDED TO ORDER*<br><br><br>Trial set for: April 1, 2014 |

1  401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K Plan," SARS, LLC, a California limited liability company, CSSS LP, a California limited partnership d/b/a Central Valley Shippers, SK FOODS LLC, a Nevada limited liability company, S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity, SKF AVIATION, LLC, a California limited liability company, SSC FARMING, LLC, a California limited liability company, RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation d/b/a Colusa County Canning Company and d/b/a SK Foods – Colusa Canning, CARMEL WINE MERCHANTS LLC, a California limited liability company, CIRCLE PACIFIC LTD., a New Zealand company, SUNRISE COAST JAPAN, an entity or a d/b/a of unknown legal capacity, SSC FARMS I, LLC, a California limited liability company, SSC FARMS II, LLC, a California limited liability company, SK FARM SERVICES, LLC, a California limited liability company, SK FROZEN FOODS, LLC, a California limited liability company, SALYER AMERICAN INSURANCE SERVICES, a California limited liability company, SSC FARMS III, LLC, a California limited liability company, SALYER AMERICAN COOLING, a general partnership, , and SALYER AMERICAN FRESH FOODS, a California corporation,

Defendants.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

20221855v1

1

NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES

**Continuation Page**

| | |
|---|---|
| Gregory C. Nuti (CSBN 151754)<br>  gnuti@schnader.com<br>Kevin W. Coleman (CSBN 168538)<br>  kcoleman@schnader.com<br>Kathryn N. Richter (CSBN 100129)<br>  krichter@schnader.com<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, California  94104-5501<br>Telephone:   415.364.6742<br>Facsimile:    415.364.6785 | *Attorneys for Bradley D. Sharp, Chapter 11 Trustee* |
| LAW OFFICES OF DAVID C. WINTON<br>David C. Winton, Bar No. 152417<br>  david@dcwintonlaw.com<br>2 Ranch Drive, Suite 8<br>Novato, CA 94945<br>415.421.5800 Tel<br>415.358.4122 Fax | *Counsel for Frederick Scott Salyer individually and as trustee for the Scott Salyer Revocable Trust, Robert Pruett, Trustee for the Caroline Gazelle Salyer 1999 Irrevocable Trust, the Caroline Gazelle Salyer 2007 Irrevocable Trust, the Stefanie Ann Salyer 1999 Irrevocable Trust and the Stefanie Ann Salyer 2007 Irrevocable Trust, SK PM Corp., aka "S.K. Foods PM Corp.," Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp," SS Farms, LLC, SARS, LLC, CSSS LP, d/b/a Central Valley Shippers, SK Foods LLC, S.K. Foods PM Corp., SKF Aviation, LLC, SSC Farming LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SK Farm Services, LLC, SK Frozen Foods, LLC* |

TO THE COURT, ALL PARTIES, AND/OR THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Allied World National Assurance Company ("Allied World") and Allied World Assurance Company (U.S.) Inc. ("AWAC") (collectively "Plaintiffs") have reached a settlement in principle with all remaining defendants in the above-captioned action, with the exception of the defendants against whom the Clerk has already entered default.[1] Accordingly, as set forth below, the parties stipulate and respectfully request that the Court enter an Order continuing certain upcoming deadlines to allow time to complete the settlement and dismissal of this action.

WHEREAS, the Plaintiffs have reached separate agreements with two groups of defendants.  First, Plaintiffs have reached a settlement in principle with the Chapter 11 Trustee for SK Foods, L.P. and RHM Industrial/Specialty (collectively the "Debtors").  Second, the Plaintiffs have reached a settlement in principle with the following parties, who are referred to collectively as the "Salyer Parties":

1)  Frederick Scott Salyer, individually and as trustee for the Scott Salyer Revocable Trust,

2)  Robert Pruett, Trustee for the Caroline Gazelle Salyer 1999 Irrevocable Trust and the Caroline Gazelle Salyer 2007 Irrevocable Trust (sued as The Caroline Gazelle Salyer Irrevocable Trust), the Stefanie Ann Salyer 1999 Irrevocable Trust and the Stefanie Ann Salyer 2007 Irrevocable Trust (sued as The Stefanie Ann Salyer Irrevocable Trust),

3)  SK PM Corp., aka "S.K. Foods PM Corp.,"

4)  Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp,"

5)  SS Farms, LLC,

6)  SARS, LLC,

---

[1] On May 5, 2011, the Clerk entered default against Defendants Circle Pacific Ltd., SK Foods, LP 401K Plan, and Sunrise Coast Japan.  (Doc. # 62.)  On May 6, 2011, the Clerk entered default against Salyer American Fresh Foods, Salyer American Insurance Services.  (Doc. No. 65.)

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

7) CSSS LP, d/b/a Central Valley Shippers,

8) SK Foods LLC,

9) S.K. Foods PM Corp.,

10) SKF Aviation, LLC,

11) SSC Farming LLC,

12) SSC Farms I, LLC,

13) SSC Farms II, LLC,

14) SSC Farms III, LLC,

15) SK Farm Services, LLC,

16) SK Frozen Foods, LLC,

17) Carmel Wine Merchants LLC, and

18) Salyer American Cooling;

WHEREAS, the parties are in the process of preparing formal settlement documentation. The parties anticipate that the settlements will be finalized within the next two weeks;

WHEREAS, upon finalization of Plaintiffs' settlement with the Salyer Parties, Plaintiffs and the Salyer Parties shall file a dismissal of the present action as to the Salyer Parties;

WHEREAS, Plaintiffs' settlement with the Chapter 11 Trustee will be contingent on the issuance of orders from the Bankruptcy Court approving the settlement agreement in the Debtors' consolidated bankruptcy proceedings, captioned *In re SK Foods, L.P.*, No. 09-29162-D-11 (Bankr. E.D. Cal.), and *In re RHM Industrial/Specialty Foods, Inc.*, No. 09-29161-D-11 (Bankr. E.D. Cal.) (collectively the "Bankruptcy Proceedings").

WHEREAS, as soon as Plaintiffs' settlement with the Chapter 11 Trustee is finalized, the Chapter 11 Trustee shall file a motion to approve the settlement in the Bankruptcy Proceedings pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure ("Motion to Approve Compromise"). Subject to the Bankruptcy Court's calendar, the Parties anticipate that the Motion to Approve Compromise will be heard on January 16, 2012.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

20221855v1

2

NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES

WHEREAS, as soon as possible after the Bankruptcy Courts' approval of the settlement with the Chapter 11 Trustee, Plaintiffs and the Chapter 11 Trustee shall file a dismissal of this action as to the Chapter 11 Trustee.

WHEREAS, in light of the anticipated settlement of the present action, which is contingent on a Bankruptcy Court order approving the Plaintiffs' settlement with the Chapter 11 Trustee, the parties believe that good cause exists to modify certain upcoming deadlines in this action, as described below;

NOW THEREFORE, the parties, through counsel, hereby STIPULATE and REQUEST that the Court enter an Order that:

1. That the deadline for the Chapter 11 Trustee to respond to the First Amended Complaint is extended until 14 days after the Bankruptcy Court rules on the Motion to Approve Compromise, and all rights to appeal have elapsed;

2. That the deadline for Plaintiffs and the Chapter 11 Trustee to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is extended until 14 days after the Bankruptcy Court rules on the Motion to Approve Compromise, and all rights to appeal have elapsed;

3. That the deadline for the Salyer Parties to respond to the First Amended Complaint is extended until February 1, 2013;

4. That the deadline for Plaintiffs and the Salyer Parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is extended to February 1, 2013;

5. That the Mid-Discovery Status Conference currently set for January 11, 2013, at 9:15 a.m., is continued until further Order of the Court; and

6. That the Settlement Conference currently set for January 17, 2013, at 1:30 p.m., is continued until further Order of the Court.

Dated:  December 19, 2012        TROUTMAN SANDERS LLP


By: /s/ Peter R. Lucier
    Terrence R. McInnis
    Kevin F. Kieffer
    Peter R. Lucier

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

Dated:  December 19, 2012        LAW OFFICES OF DAVID C. WINTON


By: /s/ David C. Winton (as authorized 12/14/2012)
    David C. Winton

*Counsel for the "Salyer Defendants," listed above*

Dated:  December 19, 2012        SCHNADER HARRISON SEGAL & LEWIS LLP


By: /s/ Kathryn N. Richter (as authorized 12/13/2012)
    Gregory C. Nuti
    Kevin W. Coleman
    Kathryn N. Richter

*Attorneys for Bradley D. Sharp, Chapter 11 Trustee*

## CERTIFICATION

Pursuant to Local Rule 131(e), I, PETER R. LUCIER, certify that on December 13 and 14, 2012 David C. Winton and Kathryn N. Richter authorized me to submit this Notice of Settlement and Stipulation and [Proposed] Order Continuing Deadlines on their behalf.

**ORDER**

Pursuant to the foregoing, this Court hereby Orders:

1. That the deadline for the Chapter 11 Trustee to respond to the First Amended Complaint is extended until 14 days after the Bankruptcy Court rules on the Motion to Approve Compromise, and all rights to appeal have elapsed;

2. That the deadline for Plaintiffs and the Chapter 11 Trustee to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is extended until 14 days after the Bankruptcy Court rules on the Motion to Approve Compromise, and all rights to appeal have elapsed;

3. That the deadline for the Salyer Parties to respond to the First Amended Complaint is extended until February 1, 2013;

4. That the deadline for Plaintiffs and the Salyer Parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is extended to February 1, 2013;

5. That the Mid-Discovery Status Conference currently set for January 11, 2013, at 9:15 a.m., is continued until further Order of the Court; and

6. That the Settlement Conference currently set for January 17, 2013, at 1:30 p.m., is continued until further Order of the Court.

**This Court FURTHER ORDERS the parties to diligently complete settlement and to file status reports every 45 days, starting January 30, 2013, to address the completion of settlement.**

IT IS SO ORDERED.

Dated:   **December 20, 2012**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545