TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
terrence.mcinnis@troutmansanders.com
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutmansanders.com
Peter R. Lucier, Bar No. 246397
peter.lucier@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

Please see continuation page for a complete list of parties and their counsel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,

Plaintiffs,

v.

SK PM CORP., a California corporation aka "S.K. Foods PM Corp.," SK FOODS, L.P., a California limited partnership, FREDERICK SCOTT SALYER, an individual, BLACKSTONE RANCH, a California corporation aka "Blackstone Ranch Calif 'S' Corp," LISA CRIST, an individual, MARK MCCORMICK, an individual,

(caption continued on next page)

Case No. 1:10–CV–01262–LJO–JLT

Hon. Lawrence J. O'Neill
Hon. Jennifer L. Thurston

**JOINT REPORT REGARDING SETTLEMENT STATUS AND STIPULATION AND ORDER CONTINUING DEADLINES**

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

SCOTT SALYER REVOCABLE TRUST, a trust, THE CAROLINE GAZELLE SALYER IRREVOCABLE TRUST, a trust, THE STEFANIE ANN SALYER IRREVOCABLE TRUST, a trust, SS FARMS, LLC, a California limited liability company, SK FOODS, LP 401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K Plan," SARS, LLC, a California limited liability company, CSSS LP, a California limited partnership d/b/a Central Valley Shippers, SK FOODS LLC, a Nevada limited liability company, S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity, SKF AVIATION, LLC, a California limited liability company, SSC FARMING, LLC, a California limited liability company, RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation d/b/a Colusa County Canning Company and d/b/a SK Foods – Colusa Canning, CARMEL WINE MERCHANTS LLC, a California limited liability company, CIRCLE PACIFIC LTD., a New Zealand company, SUNRISE COAST JAPAN, an entity or a d/b/a of unknown legal capacity, SSC FARMS I, LLC, a California limited liability company, SSC FARMS II, LLC, a California limited liability company, SK FARM SERVICES, LLC, a California limited liability company, SK FROZEN FOODS, LLC, a California limited liability company, SALYER AMERICAN INSURANCE SERVICES, a California limited liability company, SSC FARMS III, LLC, a California limited liability company, SALYER AMERICAN COOLING, a general partnership, SALYER WESTERN COOLING COMPANY, a general partnership, YUMA AMERICAN COOLING CORPORATION, an entity or a d/b/a of unknown legal capacity, SAWTOOTH COOLING, LLC, a California limited liability company, and SALYER AMERICAN FRESH FOODS, a California corporation,

Defendants.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

**Continuation Page**

Gregory C. Nuti (CSBN 151754)
gnuti@schnader.com
Kevin W. Coleman (CSBN 168538)
kcoleman@schnader.com
Kathryn N. Richter (CSBN 100129)
krichter@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415.364.6742
Facsimile: 415.364.6785

*Attorneys for Bradley D. Sharp, Chapter 11 Trustee*

LAW OFFICES OF DAVID C. WINTON
David C. Winton, Bar No. 152417
david@dcwintonlaw.com
2 Ranch Drive, Suite 8
Novato, CA 94945
415.421.5800 Tel
415.358.4122 Fax

*Counsel for Frederick Scott Salyer individually and as trustee for the Scott Salyer Revocable Trust, Robert Pruett, Trustee for the Caroline Gazelle Salyer 1999 Irrevocable Trust, the Caroline Gazelle Salyer 2007 Irrevocable Trust, the Stefanie Ann Salyer 1999 Irrevocable Trust and the Stefanie Ann Salyer 2007 Irrevocable Trust, SK PM Corp., aka "S.K. Foods PM Corp.," Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp," SS Farms, LLC, SARS, LLC, CSSS LP, d/b/a Central Valley Shippers, SK Foods LLC, S.K. Foods PM Corp., SKF Aviation, LLC, SSC Farming LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SK Farm Services, LLC, SK Frozen Foods, LLC*

This status report is being filed pursuant to this Court's December 20, 2012 order that the parties file status reports addressing the completion of settlement every 45 days beginning on January 30, 2013. As the parties previously reported to the Court in their Notice of Settlement and Stipulation and [Proposed] Order Continuing Deadlines ("Notice of Settlement"), Plaintiffs Allied World National Assurance Company ("Allied World") and Allied World Assurance Company (U.S.) Inc. ("AWAC") (collectively "Plaintiffs") have reached a settlement in principle with all remaining defendants in the above-captioned action, with the exception of the defendants against whom the Clerk has already entered default.[1]

**A. The Settlement Involves Two Separate Agreements With Two Groups of Defendants**

As the parties previously reported to the Court, Plaintiffs have reached separate agreements with two groups of defendants. First, Plaintiffs have reached a settlement in principle with the Chapter 11 Trustee for SK Foods, L.P. and RHM Industrial/Specialty ("Chapter 11 Trustee"). Second, the Plaintiffs have reached a settlement in principle with the following parties, who are referred to collectively as the "Salyer Parties":

1) Frederick Scott Salyer, individually and as trustee for the Scott Salyer Revocable Trust,
2) Robert Pruett, Trustee for the Caroline Gazelle Salyer 1999 Irrevocable Trust and the Caroline Gazelle Salyer 2007 Irrevocable Trust (sued as The Caroline Gazelle Salyer Irrevocable Trust), the Stefanie Ann Salyer 1999 Irrevocable Trust and the Stefanie Ann Salyer 2007 Irrevocable Trust (sued as The Stefanie Ann Salyer Irrevocable Trust),
3) SK PM Corp., aka "S.K. Foods PM Corp.,"
4) Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp,"
5) SS Farms, LLC,

[1] On May 5, 2011, the Clerk entered default against Defendants Circle Pacific Ltd., SK Foods, LP 401K Plan, and Sunrise Coast Japan. (Doc. # 62.) On May 6, 2011, the Clerk entered default against Salyer American Fresh Foods, Salyer American Insurance Services. (Doc. No. 65.)

6) SARS, LLC,

7) CSSS LP, d/b/a Central Valley Shippers,

8) SK Foods LLC,

9) S.K. Foods PM Corp.,

10) SKF Aviation, LLC,

11) SSC Farming LLC,

12) SSC Farms I, LLC,

13) SSC Farms II, LLC,

14) SSC Farms III, LLC,

15) SK Farm Services, LLC,

16) SK Frozen Foods, LLC,

17) Carmel Wine Merchants LLC, and

18) Salyer American Cooling.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

**B. The Formal Settlement Agreements are Largely Finalized**

Counsel for Plaintiffs have exchanged proposed settlement agreements with respective counsel for both groups of defendants. The formal settlement agreements have largely been finalized, but still await final approval of their form by the respective parties.

**C. Finalization of the Salyer Parties' Settlement Has Been Delayed Due to a Recent Discovery that Receivers Have Been Appointed for Several of the Salyer Parties**

On December 21, counsel for the Salyer Parties first informed counsel for Plaintiffs that several of the Salyer Parties have had entered receivership. As a result, there is some uncertainty regarding who has the authority to execute the settlement agreement on behalf of these parties.

Counsel for the Salyer Parties has been in contact with the receiver for these parties, and expects to have confirmation regarding who has the authority to execute the settlement agreement within the next several days. Once the confusion over who has authority to enter into the settlement agreement is resolved, the parties expect to finalize the settlement agreements and proceed with seeking bankruptcy court approval of the Chapter 11 Trustee settlement agreement and the dismissal of this action as more fully set forth in the parties' Notice of Settlement.

At the present time, the parties do not believe that the current confusion over who has authority to enter into the settlement agreement will jeopardize the settlement in any way.

**D. The Parties Stipulate and Request that Certain Deadlines Are Continued**

NOW THEREFORE, in light of the foregoing, the parties, through counsel, hereby STIPULATE and REQUEST that the Court enter an Order that:

1. That the deadline for the Salyer Parties to respond to the First Amended Complaint is further extended until March 15, 2013; and

2. That the deadline for Plaintiffs and the Salyer Parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is further extended to March 15, 2013.

Dated: January 30, 2013

TROUTMAN SANDERS LLP

By: /s/ Peter R. Lucier
Terrence R. McInnis
Kevin F. Kieffer
Peter R. Lucier

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

Dated: January 30, 2013

LAW OFFICES OF DAVID C. WINTON

By: /s/ David C. Winton (as authorized 1/29/2013)
David C. Winton

*Counsel for the "Salyer Defendants," listed above*

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

Dated: January 30, 2013

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Kathryn N. Richter (as authorized 1/29/2013)
Gregory C. Nuti
Kevin W. Coleman
Kathryn N. Richter

*Attorneys for Bradley D. Sharp, Chapter 11 Trustee*

**CERTIFICATION**

Pursuant to Local Rule 131(e), I, PETER R. LUCIER, certify that on January 29, 2013 David C. Winton and Kathryn N. Richter authorized me to submit this Joint Report Regarding Settlement Status and Stipulation and [Proposed] Order Continuing Deadlines on their behalf.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

**ORDER**

Pursuant to the foregoing, this Court hereby Orders:

1. That the deadline for the Salyer Parties to respond to the First Amended Complaint is further extended until March 15, 2013; and

2. That the deadline for Plaintiffs and the Salyer Parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is further extended to March 15, 2013.

**This Court FURTHER ORDERS the parties to continue to complete settlement diligently and to file status reports every 30 days, starting March 1, 2013 (or sooner as necessary), to address completion of settlement.**

IT IS SO ORDERED.

Dated: **January 30, 2013**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545