TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
  terrence.mcinnis@troutmansanders.com
Kevin F. Kieffer, Bar No. 192193
  kevin.kieffer@troutmansanders.com
Peter R. Lucier, Bar No. 246397
  peter.lucier@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:   949.622.2700
Facsimile:   949.622.2739

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

Please see continuation page for a complete list of parties and their counsel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SK PM CORP., a California corporation aka "S.K. Foods PM Corp.," SK FOODS, L.P., a California limited partnership, FREDERICK SCOTT SALYER, an individual, BLACKSTONE RANCH, a California corporation aka "Blackstone Ranch Calif 'S' Corp," LISA CRIST, an individual, MARK MCCORMICK, an individual,<br><br>(caption continued on next page) | Case No.  1:10–CV–01262–LJO–JLT<br><br>**JOINT REPORT REGARDING SETTLEMENT STATUS AND STIPULATION AND ORDER CONTINUING DEADLINES** |

| | |
|---|---|
| 1 | SCOTT SALYER REVOCABLE TRUST, a trust, THE CAROLINE GAZELLE SALYER IRREVOCABLE TRUST, a trust, THE STEFANIE ANN SALYER IRREVOCABLE TRUST, a trust, SS FARMS, LLC, a California limited liability company, SK FOODS, LP 401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K Plan," SARS, LLC, a California limited liability company, CSSS LP, a California limited partnership d/b/a Central Valley Shippers, SK FOODS LLC, a Nevada limited liability company, S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity, SKF AVIATION, LLC, a California limited liability company, SSC FARMING, LLC, a California limited liability company, RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation d/b/a Colusa County Canning Company and d/b/a SK Foods – Colusa Canning, CARMEL WINE MERCHANTS LLC, a California limited liability company, CIRCLE PACIFIC LTD., a New Zealand company, SUNRISE COAST JAPAN, an entity or a d/b/a of unknown legal capacity, SSC FARMS I, LLC, a California limited liability company, SSC FARMS II, LLC, a California limited liability company, SK FARM SERVICES, LLC, a California limited liability company, SK FROZEN FOODS, LLC, a California limited liability company, SALYER AMERICAN INSURANCE SERVICES, a California limited liability company, SSC FARMS III, LLC, a California limited liability company, SALYER AMERICAN COOLING, a general partnership, SALYER WESTERN COOLING COMPANY, a general partnership, YUMA AMERICAN COOLING CORPORATION, an entity or a d/b/a of unknown legal capacity, SAWTOOTH COOLING, LLC, a California limited liability company, and SALYER AMERICAN FRESH FOODS, a California corporation, |
| | Defendants. |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

**Continuation Page**

| | |
|---|---|
| Gregory C. Nuti (CSBN 151754)<br>  gnuti@schnader.com<br>Kevin W. Coleman (CSBN 168538)<br>  kcoleman@schnader.com<br>Kathryn N. Richter (CSBN 100129)<br>  krichter@schnader.com<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, California  94104-5501<br>Telephone:   415.364.6742<br>Facsimile:    415.364.6785 | *Attorneys for Bradley D. Sharp, Chapter 11 Trustee* |
| LAW OFFICES OF DAVID C. WINTON<br>David C. Winton, Bar No. 152417<br>  david@dcwintonlaw.com<br>2 Ranch Drive, Suite 8<br>Novato, CA 94945<br>415.421.5800 Tel<br>415.358.4122 Fax | *Counsel for Frederick Scott Salyer individually and as trustee for the Scott Salyer Revocable Trust, Robert Pruett, Trustee for the Caroline Gazelle Salyer 1999 Irrevocable Trust, the Caroline Gazelle Salyer 2007 Irrevocable Trust, the Stefanie Ann Salyer 1999 Irrevocable Trust and the Stefanie Ann Salyer 2007 Irrevocable Trust, SK PM Corp., aka "S.K. Foods PM Corp.," Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp," SS Farms, LLC, SARS, LLC, CSSS LP, d/b/a Central Valley Shippers, SK Foods LLC, S.K. Foods PM Corp., SKF Aviation, LLC, SSC Farming LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SK Farm Services, LLC, SK Frozen Foods, LLC* |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

20364705v1

JOINT REPORT REGARDING SETTLEMENT JOINT REPORT REGARDING SETTLEMENT AND  ORDER

This supplemental status report is being filed pursuant to this Court's January 30, 2013 order that the parties file status reports addressing the completion of settlement every 30 days beginning on March 1, 2013. As the parties previously reported to the Court in their Notice of Settlement and Stipulation and [Proposed] Order Continuing Deadlines ("Notice of Settlement"), Plaintiffs Allied World National Assurance Company ("Allied World") and Allied World Assurance Company (U.S.) Inc. ("AWAC") (collectively "Plaintiffs") have reached a settlement in principle with all remaining defendants in the above-captioned action, with the exception of the defendants against whom the Clerk has already entered default.[1]

### A. The Settlement Involves Two Separate Agreements With Two Groups of Defendants

As the parties previously reported to the Court, Plaintiffs have reached separate agreements with two groups of defendants. First, Plaintiffs have reached a settlement in principle with the Chapter 11 Trustee for SK Foods, L.P. and RHM Industrial/Specialty ("Chapter 11 Trustee"). Second, the Plaintiffs have reached a settlement in principle with the following parties, who are referred to collectively as the "Salyer Parties":

1) Frederick Scott Salyer, individually and as trustee for the Scott Salyer Revocable Trust,

2) Robert Pruett, Trustee for the Caroline Gazelle Salyer 1999 Irrevocable Trust and the Caroline Gazelle Salyer 2007 Irrevocable Trust (sued as The Caroline Gazelle Salyer Irrevocable Trust), the Stefanie Ann Salyer 1999 Irrevocable Trust and the Stefanie Ann Salyer 2007 Irrevocable Trust (sued as The Stefanie Ann Salyer Irrevocable Trust),

3) SK PM Corp., aka "S.K. Foods PM Corp.,"

4) Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp,"

5) SS Farms, LLC,

---

[1] On May 5, 2011, the Clerk entered default against Defendants Circle Pacific Ltd., SK Foods, LP 401K Plan, and Sunrise Coast Japan. (Doc. # 62.) On May 6, 2011, the Clerk entered default against Salyer American Fresh Foods, Salyer American Insurance Services. (Doc. No. 65.)

6) SARS, LLC,

7) CSSS LP, d/b/a Central Valley Shippers,

8) SK Foods LLC,

9) S.K. Foods PM Corp.,

10) SKF Aviation, LLC,

11) SSC Farming LLC,

12) SSC Farms I, LLC,

13) SSC Farms II, LLC,

14) SSC Farms III, LLC,

15) SK Farm Services, LLC,

16) SK Frozen Foods, LLC,

17) Carmel Wine Merchants LLC, and

18) Salyer American Cooling.

**B.    The Formal Settlement Agreements are Largely Finalized**

Counsel for Plaintiffs have exchanged proposed settlement agreements with respective counsel for both groups of defendants. The formal settlement agreements have largely been finalized, but still await final approval of their form by the respective parties.

**C.    Update from Counsel for the Salyer Parties:**

As of March 15, 2013, it is possible that the Salyer Parties will not agree to the settlement terms. If the settlement fails, the Salyer Parties will substitute new counsel in and continue to litigate the case.

**D.    The Parties Stipulate and Request that Certain Deadlines Are Continued**

The Salyer Parties have requested, and the Plaintiffs have agreed based on this request, to extend the deadlines described below in light of the potential that the Salyer Parties will not agree to the settlement terms and will instead substitute new counsel in this matter.

NOW THEREFORE, in light of the foregoing, the parties, through counsel, hereby STIPULATE and REQUEST that the Court enter an Order that:

1.  That the deadline for the Salyer Parties to respond to the First Amended Complaint is further extended until March 29, 2013; and

2.  That the deadline for Plaintiffs and the Salyer Parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is further extended to March 29, 2013.

Dated:  March 15, 2013        TROUTMAN SANDERS LLP

By: /s/ Peter R. Lucier
   Terrence R. McInnis
   Kevin F. Kieffer
   Peter R. Lucier

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

Dated:  March 15, 2013        LAW OFFICES OF DAVID C. WINTON

By: /s/ David C. Winton (as authorized 3/15/2013)
   David C. Winton

*Counsel for the "Salyer Defendants," listed above*

Dated:  March 15, 2013        SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Kathryn N. Richter (as authorized 3/15/2013)
   Gregory C. Nuti
   Kevin W. Coleman
   Kathryn N. Richter

*Attorneys for Bradley D. Sharp, Chapter 11 Trustee*

**CERTIFICATION**

Pursuant to Local Rule 131(e), I, PETER R. LUCIER, certify that on March 15, 2013 David C. Winton and Kathryn N. Richter authorized me to submit this Joint Report Regarding Settlement Status and Stipulation and [Proposed] Order Continuing Deadlines on their behalf.

**ORDER**

Pursuant to the foregoing, this Court hereby Orders:

1. That the deadline for the Salyer Parties to respond to the First Amended Complaint is further extended until **March 29, 2013**; and

2. That the deadline for Plaintiffs and the Salyer Parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is further extended to **March 29, 2013**;

3. **Absolutely, no further extensions of time will be granted.**[2]

IT IS SO ORDERED.

Dated:   **March 18, 2013**          /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE

---

[2] Since the parties began filing their notice of settlement on December 19, 2012, it appears that very little has been accomplished in completing the settlement agreement. Thus, it appears the time the Court's has allowed to accomplish the settlement has been squandered.