UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, et al.,<br><br>        Plaintiffs,<br>   v.<br><br>SK PM CORP., et al.,<br><br>        Defendants. | Case No.: 1:10-cv-01262  LJO JLT<br><br>ORDER TO KIMBERLY WRIGHT TO FILE AN AMENDED SUBSTITUTION OF COUNSEL CONTAINING THE SIGNATURE OF DAVID WINTON AS TO DEFENDANTS SS FARMS LLC, SSC FARMING LLC, SSC FARMS I LLC AND SSC FARMS II LLC |

On April 2, 2013, David Winton moved to withdraw as counsel for certain defendants. (Doc. 118). Though the motion indicated Mr. Winton intended to fully withdraw from the matter, his motion failed to seek withdrawal for Defendants SS Farms LLC; SARS, LLC; SK Foods LLC; S.K. Foods PM Corp.; SKF Aviation, LLC; SSC Farming, LLC; SSC Farms I, LLC; SSC Farms II, LLC; SK Farm Services, LLC; SK Frozen Foods, LLC; Carmel Wine Merchants LLC; and Salyer American Cooling. (Doc. 118 at 3; Doc. 118-1 at 2; Doc. 118-2 at 2)  Thus, though the Court granted Mr. Winton's motion as to the identified Defendants, the Court observed that Mr. Winton remained as counsel for the defendants listed above. (Doc. 123 at 3 n. 1, 4)

Now before the Court is a substitution of attorneys in which Kimberly Wright purports to represent Defendants SS Farms LLC, SSC Farming, LLC, SSC Farms I, LLC and SSC Farms II, LLC without any showing that Mr. Winton is aware of this substitution. (Doc. 132) This violates Local Rule 180(g) which provides, "An attorney who has appeared in an action may substitute another

attorney and thereby withdraw from the action by submitting a substitution of attorneys that shall set forth the full name and address of the new individual attorney and **shall be signed by the withdrawing attorney, the new attorney, and the client**. Emphasis added.

**ORDER**

Based upon the foregoing, the Court **ORDERS**:

1. **Within 14 days** of the date of service of this order, Kimberly Wright **SHALL** file an amended substitution of counsel containing the signature of counsel of record, David Winton, for Defendants SS Farms LLC, SSC Farming, LLC, SSC Farms I, LLC and SSC Farms II, LLC.

IT IS SO ORDERED.

Dated:   **May 22, 2013**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE