# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, et al., <br><br> Plaintiffs, <br> v. <br><br> SK PM CORP., et al., <br><br> Defendants. | Case No.: 1:10-cv-01262 - LJO - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JUNE 11, 2013 |

The Court issued an Order to Show Cause Defendants for failure to comply with the Court's order on June 11, 2013. In compliance with the Court's order, Defendants filed a substitution of attorneys, and the Court granted substitution of counsel on June 24, 2013. (Doc. 142). Accordingly, the Order to Show Cause dated June 11, 2013 (Doc. 135) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **June 25, 2013**           /s/ Jennifer L. Thurston
                        UNITED STATES MAGISTRATE JUDGE

1