TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
  terrence.mcinnis@troutmansanders.com
Kevin F. Kieffer, Bar No. 192193
  kevin.kieffer@troutmansanders.com
Peter R. Lucier, Bar No. 246397
  peter.lucier@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:   949.622.2700
Facsimile:    949.622.2739

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

Please see continuation page for a complete list of parties and their counsel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SK PM CORP., a California corporation aka "S.K. Foods PM Corp.," SK FOODS, L.P., a California limited partnership, FREDERICK SCOTT SALYER, an individual, BLACKSTONE RANCH, a California corporation aka "Blackstone Ranch Calif 'S' Corp,"  SCOTT SALYER REVOCABLE TRUST, a trust, THE CAROLINE GAZELLE SALYER IRREVOCABLE TRUST, a trust, THE STEFANIE ANN SALYER IRREVOCABLE TRUST, a trust, SS FARMS, LLC, a California limited liability company, SK FOODS, LP<br><br>(caption continued on next page) | Case No.  1:10–CV–01262–LJO–JLT<br><br>**STIPULATION AND ORDER CONTINUING DEADLINES**<br><br>(Doc. 154) |

401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K Plan," SARS, LLC, a California limited liability company, CSSS LP, a California limited partnership d/b/a Central Valley Shippers, SK FOODS LLC, a Nevada limited liability company, S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity, SKF AVIATION, LLC, a California limited liability company, SSC FARMING, LLC, a California limited liability company, RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation d/b/a Colusa County Canning Company and d/b/a SK Foods – Colusa Canning, CARMEL WINE MERCHANTS LLC, a California limited liability company, CIRCLE PACIFIC LTD., a New Zealand company, SUNRISE COAST JAPAN, an entity or a d/b/a of unknown legal capacity, SSC FARMS I, LLC, a California limited liability company, SSC FARMS II, LLC, a California limited liability company, SK FARM SERVICES, LLC, a California limited liability company, SK FROZEN FOODS, LLC, a California limited liability company, SALYER AMERICAN INSURANCE SERVICES, a California limited liability company, SSC FARMS III, LLC, a California limited liability company, SALYER AMERICAN COOLING, a general partnership, , and SALYER AMERICAN FRESH FOODS, a California corporation,

Defendants.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

21550056v1

1

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINES

**Continuation Page**

| | |
|---|---|
| Gregory C. Nuti (CSBN 151754)<br>  gnuti@schnader.com<br>Kevin W. Coleman (CSBN 168538)<br>  kcoleman@schnader.com<br>Kathryn N. Richter (CSBN 100129)<br>  krichter@schnader.com<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, California  94104-5501<br>Telephone:  415.364.6742<br>Facsimile:   415.364.6785 | *Attorneys for Bradley D. Sharp, Chapter 11 Trustee* |
| LAW OFFICES OF DAVID C. WINTON<br>David C. Winton, Bar No. 152417<br>  david@dcwintonlaw.com<br>2 Ranch Drive, Suite 8<br>Novato, CA 94945<br>415.421.5800 Tel<br>415.358.4122 Fax | *Counsel for SARS, LLC, SK Foods LLC, SKF Aviation, LLC, and SK Frozen Foods, LLC* |
| Kimberly Anne Wright<br>Law Office Of Kimberly A Wright Esq.<br>2118 Wilshire #918<br>SANTA MONICA, CA 90403<br>310-980-2380<br>Email: kaw@kawlawfirm.com | *Counsel for Frederick Scott Salyer individually and as trustee for the Scott Salyer Revocable Trust, SK PM Corp., aka "S.K. Foods PM Corp.," Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp," SS Farms, LLC, CSSS LP, d/b/a Central Valley Shippers, S.K. Foods PM Corp., SSC Farming LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, and SK Farm Services, LLC* |
| Stephanie J. Finelli<br>Law Office of Stephanie J. Finelli<br>1007 Seventh Street,<br>Suite 500<br>Sacramento, CA 95814<br>916-443-2144<br>Fax: 916-443-1511<br>Email: sfinelli700@yahoo.com | *Counsel for Robert Pruett, Trustee for the Caroline Gazelle Salyer 1999 Irrevocable Trust, the Caroline Gazelle Salyer 2007 Irrevocable Trust, the Stefanie Ann Salyer 1999 Irrevocable Trust and the Stefanie Ann Salyer 2007 Irrevocable Trust* |

As the parties have previously reported to the Court, all parties to this action were involved in extensive settlement discussions earlier this year.  Although a settlement in principle was reached as to all parties, that settlement ultimately fell through when certain defendants unexpectedly backed out of the agreement.  Since that time, plaintiffs and all but a few defendants have continued their efforts to reach a resolution of this matter that would not necessitate additional discovery and motion practice.

The parties' efforts to reach a settlement have been slow going for a number of reasons.  First, in April 2013, then counsel for the "Salyer Parties" (all defendants except for the Chapter 11 Trustee) moved and received approval from the Court to withdraw as counsel as to all but four defendants.  New counsel then needed to get up to speed.  Second, there has, at times, been considerable confusion as to what persons have authority to enter into a settlement agreement on behalf of certain entities – even by those entities' own counsel.  Third, defendant Scott Salyer, who controls a number of other entity defendants, now resides in prison, and therefore communications with Mr. Salyer are necessarily slower than they might otherwise be.

Finally, on or about October 4, 2013, the Bankruptcy Court for the Eastern District of California entered a judgment in the action captioned *Sharp v. Salyer, et al.*, Adversary Proceeding No. 10-02014, ordering that certain of the defendants in this action, the "Sub-Con Parties," among others, are substantively consolidated with the Chapter 11 bankruptcy estate for SK Foods, L.P. ("SK Foods") and RHM Industrial/Specialty Foods, Inc. ("RHM") (collectively the "Debtors").[1]  The order provides that all legal or equitable interests in property held by the Sub-Con Parties as of May 5, 2009, the proceeds, product, offspring, rents, or profits from such property, and property acquired by the Sub-Con Parties after May 5, 2009 (collectively the "Assets") now constitute property of the Debtors' Estate under 11 U.S.C. § 541(a), and title to the assets is vested in the Chapter 11 Trustee, who is solely authorized to dispose of the Assets, subject only to the requirements of the Bankruptcy Code and the Bankruptcy Court.  The

---

[1] The "Sub-Con Parties" include SK PM Corp., aka "S.K. Foods PM Corp.," Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp," SS Farms, LLC, SSC Farming LLC, SSC Farms I, LLC, SSC Farms II, LLC, and SSC Farms III, LLC.

Bankruptcy Court's order is being appealed.  The parties have had to address this development in their settlement plans.

Despite the complications discussed above, plaintiffs and all but four of the defendants have reached what they believe will be a mutually agreeable settlement and have made substantial progress towards documenting that settlement.  Plaintiffs remain hopeful that they will be able to resolve this matter as to the other four defendants as well.

On April 19, 2013, the Court entered an Order Amending Scheduling Order amending the trial date and scheduling deadlines for this action.

In light of the fact that this action can likely be resolved as to most if not all of the remaining defendants without any additional discovery or motion practice, the parties believe that good cause exists to continue certain deadlines in this action.  In particular, the parties believe that good cause exists to continue the deadlines below appearing in bold font in the following chart, which contains all of the dates from the Order Amending Scheduling Order:

| Deadline/Event | Current Date | Proposed Date |
| --- | --- | --- |
| Initial disclosures: | 6/21/13 | passed |
| **Non expert discovery:** | 11/29/13 | **1/29/14** |
| **Expert disclosure:** | 12/13/13 | **2/12/14** |
| **Rebuttal expert disclosure:** | 1/3/14 | **3/5/14** |
| **Expert discovery:** | 1/24/14 | **3/26/14** |
| Non-dispositive motions: | | |
| **Filing deadline:** | 2/7/14 | **4/16/14** |
| **Hearing deadline:** | 3/7/14 | **5/14/14** |
| Dispositive motions: | | |
| Filing deadline: | 3/21/14 | unchanged |
| Hearing deadline: | 5/6/14 | unchanged |
| Pretrial conference | 6/25/14 at 8:30 a.m. | unchanged |
| Trial | 8/26/14 at 8:30 a.m. | unchanged |

//

//

//

//

//

//

21550056v1

2

STIPULATION AND ORDER CONTINUING DEADLINES

NOW THEREFORE, the parties, through counsel, hereby STIPULATE and REQUEST that the Court enter an Order that the scheduling order's deadlines are further amended as follows:

1. Initial disclosures: 6/21/13
2. Non expert discovery: 1/29/14
3. Expert disclosure: 2/12/14
4. Rebuttal expert disclosure: 3/5/14
5. Expert discovery: 3/26/14
6. Non-dispositive motions:
    Filing deadline: 4/16/14
    Hearing deadline: 5/14/14
7. Dispositive motions:
    Filing deadline: 3/21/14
    Hearing deadline: 5/6/14
8. Pretrial conference: 6/25/14 at 8:30 a.m.
9. Trial: 8/26/14 at 8:30 a.m.

Dated: November 20, 2013    TROUTMAN SANDERS LLP

By: /s/ Peter R. Lucier
    Terrence R. McInnis
    Kevin F. Kieffer
    Peter R. Lucier

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

Dated: November 20, 2013    LAW OFFICES OF DAVID C. WINTON

By: /s/ David C. Winton (as authorized 11/18/13)
    David C. Winton

*Counsel for SARS, LLC, SK Foods LLC, SKF Aviation, LLC, and SK Frozen Foods, LLC*

Dated: November 20, 2013    SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Kathryn N. Richter (as authorized 11/15/2013)
    Gregory C. Nuti
    Kevin W. Coleman
    Kathryn N. Richter

*Counsel for Bradley D. Sharp, Chapter 11 Trustee*

| | |
|---|---|
| Dated:  November 20, 2013 | LAW OFFICE OF KIMBERLY A WRIGHT ESQ. |
| | By: Kimberly Anne Wright (as authorized 11/18/2013) |
| | Kimberly Anne Wright |
| | *Counsel for Frederick Scott Salyer individually and as trustee for the Scott Salyer Revocable Trust, SK PM Corp., aka "S.K. Foods PM Corp.," Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp," SS Farms, LLC, CSSS LP, d/b/a Central Valley Shippers, S.K. Foods PM Corp., SSC Farming LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, and SK Farm Services, LLC* |
| Dated:  November 20, 2013 | LAW OFFICE OF STEPHANIE J. FINELLI |
| | By: Stephanie J. Finelli (as authorized 11/18/2013) |
| | Stephanie J. Finelli |
| | *Counsel for Robert Pruett, Trustee for the Caroline Gazelle Salyer 1999 Irrevocable Trust, the Caroline Gazelle Salyer 2007 Irrevocable Trust, the Stefanie Ann Salyer 1999 Irrevocable Trust and the Stefanie Ann Salyer 2007 Irrevocable Trust* |

## CERTIFICATION

Pursuant to Local Rule 131(e), I, PETER R. LUCIER, certify that on November 15, 2013 Kathryn N. Richter, and on November 18, 2013, Stephanie J. Finelli, Kimberly Anne Wright, and David C. Winton, authorized me to submit this Stipulation and [Proposed] Order Continuing Deadlines on their behalf.

**ORDER**

Pursuant to the foregoing, this Court hereby **ORDERS**:

1.  The scheduling order is amended as follows:

    1.  Non expert discovery:        1/29/14
    2.  Expert disclosure:           2/12/14
    3.  Rebuttal expert disclosure:  3/5/14
    4.  Expert discovery:            3/26/14
    5.  Non-dispositive motions:[2]
        Filing deadline:     4/16/14
        Hearing deadline:    5/14/14

2.  Within 45 days of the date of this order and every 45 days thereafter, the parties **SHALL** file a joint report detailing the status of the settlement efforts;

3.  **The parties are advised that absolutely <u>no further amendments</u> to the scheduling order will be authorized absent a showing of exceptional good cause. Exceptional good cause <u>does not</u> include ongoing settlement efforts.**

IT IS SO ORDERED.

Dated:   **November 20, 2013**         /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE

---

[2] The Court presumes the parties appreciate that under this amended scheduled they will be forced to file dispositive motions without the completion of expert discovery and without the results of any non-dispositive motions.