TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
    terrence.mcinnis@troutmansanders.com
Kevin F. Kieffer, Bar No. 192193
    kevin.kieffer@troutmansanders.com
Peter R. Lucier, Bar No. 246397
    peter.lucier@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:   949.622.2700
Facsimile:   949.622.2739

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

LAW OFFICES OF DAVID C. WINTON
David C. Winton, Bar No. 152417
    david@dcwintonlaw.com
2 Ranch Drive, Suite 8
Novato, CA 94945
415.421.5800 Tel
415.358.4122 Fax

*Attorneys for SARS, LLC, SK Foods LLC, SKF Aviation, LLC, and SK Frozen Foods, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SK PM CORP., a California corporation aka "S.K. Foods PM Corp.," SK FOODS, L.P., a California limited partnership, FREDERICK SCOTT SALYER, an individual, BLACKSTONE RANCH, a California corporation aka "Blackstone Ranch Calif 'S' Corp," SCOTT SALYER REVOCABLE TRUST, a trust, THE CAROLINE GAZELLE SALYER IRREVOCABLE TRUST, a trust, | Case No.  1:10–CV–01262–OWW–JLT<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS SARS, LLC, SKF AVIATION, LLC, AND SK FROZEN FOODS, LLC; ORDER** |

1
2  (caption continued on next page)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

21642574v1

1

STIPULATION OF VOLUNTARY DISMISSAL
AND [PROPOSED] ORDER

THE STEFANIE ANN SALYER IRREVOCABLE TRUST, a trust, SS FARMS, LLC, a California limited liability company, SK FOODS, LP 401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K Plan," SARS, LLC, a California limited liability company, CSSS LP, a California limited partnership d/b/a Central Valley Shippers, SK FOODS LLC, a Nevada limited liability company, S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity, SKF AVIATION, LLC, a California limited liability company, SSC FARMING, LLC, a California limited liability company, RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation d/b/a Colusa County Canning Company and d/b/a SK Foods – Colusa Canning, CARMEL WINE MERCHANTS LLC, a California limited liability company, CIRCLE PACIFIC LTD., a New Zealand company, SUNRISE COAST JAPAN, an entity or a d/b/a of unknown legal capacity, SSC FARMS I, LLC, a California limited liability company, SSC FARMS II, LLC, a California limited liability company, SK FARM SERVICES, LLC, a California limited liability company, SK FROZEN FOODS, LLC, a California limited liability company, SALYER AMERICAN INSURANCE SERVICES, a California limited liability company, SSC FARMS III, LLC, a California limited liability company, SALYER AMERICAN COOLING, a general partnership, , and SALYER AMERICAN FRESH FOODS, a California corporation,

      Defendants.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

21642574v1

STIPULATION OF VOLUNTARY DISMISSAL
AND [PROPOSED] ORDER

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc. (collectively "Plaintiffs") and Defendants SARS, LLC, SKF Aviation, LLC, and SK Frozen Foods, LLC (the "SK Entities") hereby stipulate and agree that this action is dismissed as between the Plaintiffs and SK Entities only, without prejudice, each side to bear its own fees and costs.

Dated:  January 10, 2014          TROUTMAN SANDERS LLP

By:  s/ Peter R. Lucier
  Terrence R. McInnis
  Kevin F. Kieffer
  Peter R. Lucier

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

Dated:  January 10, 2014          LAW OFFICES OF DAVID C. WINTON

By: /s/ David C. Winton (as authorized 1/10/2014)
  David C. Winton

*Counsel for SARS, LLC, SK Foods LLC, SKF Aviation, LLC, and SK Frozen Foods, LLC*

### **ORDER**

Based on the above stipulation, this Court DISMISSES without prejudice this entire action and all claims against defendants SARS, LLC, SKF Aviation, LLC, and SK Frozen Foods, LLC only.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:  **January 10, 2014**          /s/ Lawrence J. O'Neill
                         UNITED STATES DISTRICT JUDGE