TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
  terrence.mcinnis@troutmansanders.com
Kevin F. Kieffer, Bar No. 192193
  kevin.kieffer@troutmansanders.com
Peter R. Lucier, Bar No. 246397
  peter.lucier@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:   949.622.2700
Facsimile:    949.622.2739

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

Please see continuation page for additional filing parties and counsel

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,<br><br>              Plaintiffs,<br><br>       v.<br><br>SK PM CORP., a California corporation aka "S.K. Foods PM Corp.," SK FOODS, L.P., a California limited partnership, FREDERICK SCOTT SALYER, an individual, BLACKSTONE RANCH, a California corporation aka "Blackstone Ranch Calif 'S' Corp,"  SCOTT SALYER REVOCABLE TRUST, a trust, THE CAROLINE GAZELLE SALYER IRREVOCABLE TRUST, a trust,<br><br>       (caption continued on next page) | Case No.  1:10–CV–01262–OWW–JLT<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS FREDERICK SCOTT SALYER, THE SCOTT SALYER REVOCABLE TRUST, THE CAROLINE GAZELLE SALYER IRREVOCABLE TRUST, THE STEFANIE ANN SALYER IRREVOCABLE TRUST, AND CSSS LP, WITH PREJUDICE; ORDER** |

THE STEFANIE ANN SALYER IRREVOCABLE TRUST, a trust, SS FARMS, LLC, a California limited liability company, SK FOODS, LP 401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K Plan," SARS, LLC, a California limited liability company, CSSS LP, a California limited partnership d/b/a Central Valley Shippers, SK FOODS LLC, a Nevada limited liability company, S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity, SKF AVIATION, LLC, a California limited liability company, SSC FARMING, LLC, a California limited liability company, RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation d/b/a Colusa County Canning Company and d/b/a SK Foods – Colusa Canning, CARMEL WINE MERCHANTS LLC, a California limited liability company, CIRCLE PACIFIC LTD., a New Zealand company, SUNRISE COAST JAPAN, an entity or a d/b/a of unknown legal capacity, SSC FARMS I, LLC, a California limited liability company, SSC FARMS II, LLC, a California limited liability company, SK FARM SERVICES, LLC, a California limited liability company, SK FROZEN FOODS, LLC, a California limited liability company, SALYER AMERICAN INSURANCE SERVICES, a California limited liability company, SSC FARMS III, LLC, a California limited liability company, SALYER AMERICAN COOLING, a general partnership, , and SALYER AMERICAN FRESH FOODS, a California corporation,

Defendants.

**Continuation Page**

| | |
|---|---|
| Kimberly Anne Wright<br>Law Office Of Kimberly A Wright Esq.<br>2118 Wilshire #918<br>SANTA MONICA, CA 90403<br>310-980-2380<br>Email: kaw@kawlawfirm.com | *Counsel for Frederick Scott Salyer individually and as trustee for the Scott Salyer Revocable Trust, SK PM Corp., aka "S.K. Foods PM Corp.," Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp," SS Farms, LLC, CSSS LP, d/b/a Central Valley Shippers, S.K. Foods PM Corp., SSC Farming LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, and SK Farm Services, LLC* |
| Stephanie J. Finelli<br>Law Office of Stephanie J. Finelli<br>1007 Seventh Street,<br>Suite 500<br>Sacramento, CA 95814<br>916-443-2144<br>Fax: 916-443-1511<br>Email: sfinelli700@yahoo.com | *Counsel for Robert Pruett, Trustee for the Caroline Gazelle Salyer 1999 Irrevocable Trust, the Caroline Gazelle Salyer 2007 Irrevocable Trust, the Stefanie Ann Salyer 1999 Irrevocable Trust and the Stefanie Ann Salyer 2007 Irrevocable Trust* |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc. (collectively "Plaintiffs") and the following Defendants, who are collectively referred to herein as the "Salyer Parties," hereby stipulate and agree that this action is dismissed as between the Plaintiffs and the Salyer Parties only, with prejudice, each side to bear its own fees and costs:

- Frederick Scott Salyer,
- The Scott Salyer Revocable Trust,
- Caroline Gazelle Salyer 1999 Irrevocable Trust (sued as The Caroline Gazelle Salyer Irrevocable Trust),
- The Caroline Gazelle Salyer 2007 Irrevocable Trust (sued as The Caroline Gazelle Salyer Irrevocable Trust),
- The Stefanie Ann Salyer 1999 Irrevocable Trust (sued as The Stefanie Ann Salyer Irrevocable Trust),
- The Stefanie Ann Salyer 2007 Irrevocable Trust (sued as The Stefanie Ann Salyer Irrevocable Trust), and
- CSSS LP, d/b/a Central Valley Shippers.

Dated: April 2, 2014          TROUTMAN SANDERS LLP

By: s/ Peter R. Lucier
   Terrence R. McInnis
   Kevin F. Kieffer
   Peter R. Lucier

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

21873922v1

2

| | |
|---|---|
| Dated:  April 2, 2014 | LAW OFFICE OF KIMBERLY A WRIGHT ESQ. |
| | By: /s/ Kimberly Anne Wright (as authorized 4/1/2014)<br>       Kimberly Anne Wright |
| | *Counsel for Frederick Scott Salyer individually and as trustee for the Scott Salyer Revocable Trust, SK PM Corp., aka "S.K. Foods PM Corp.," Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp," SS Farms, LLC, CSSS LP, d/b/a Central Valley Shippers, S.K. Foods PM Corp., SSC Farming LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, and SK Farm Services, LLC* |
| Dated:  April 2, 2014 | LAW OFFICE OF STEPHANIE J. FINELLI |
| | By: /s/ Stephanie J. Finelli (as authorized 3/27/2014)<br>       Stephanie J. Finelli |
| | *Counsel for Robert Pruett, Trustee for the Caroline Gazelle Salyer 1999 Irrevocable Trust, the Caroline Gazelle Salyer 2007 Irrevocable Trust, the Stefanie Ann Salyer 1999 Irrevocable Trust and the Stefanie Ann Salyer 2007 Irrevocable Trust* |

**ORDER**

The Court, having considered the Stipulated Dismissal between Plaintiffs and the Salyer Parties only, hereby orders that:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is dismissed as between the Plaintiffs and the Salyer Parties only, with prejudice, each side to bear its own fees and costs. As other parties and claims remain in this case, the case shall remain open.

**SO ORDERED**
**Dated: April 2, 2014**

               /s/ Lawrence J. O'Neill
               **United States District Judge**

21873922v1

3