TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
  terrence.mcinnis@troutmansanders.com
Kevin F. Kieffer, Bar No. 192193
  kevin.kieffer@troutmansanders.com
Peter R. Lucier, Bar No. 246397
  peter.lucier@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:   949.622.2700
Facsimile:    949.622.2739

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*

Please see continuation page for additional filing parties and counsel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, a New Hampshire corporation, and ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SK PM CORP., a California corporation aka "S.K. Foods PM Corp.," SK FOODS, L.P., a California limited partnership, FREDERICK SCOTT SALYER, an individual, BLACKSTONE RANCH, a California corporation aka "Blackstone Ranch Calif 'S' Corp," SCOTT SALYER REVOCABLE TRUST, a trust, THE CAROLINE GAZELLE SALYER IRREVOCABLE TRUST, a trust,<br><br>(caption continued on next page) | Case No.  1:10–CV–01262–LJO–JLT<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS SK FOODS, L.P., RHM INDUSTRIAL/ SPECIALTY FOODS, INC., SK PM CORP., BLACKSTONE RANCH, SS FARMS, LLC, SSC FARMING LLC, SSC FARMS I, LLC, SSC FARMS II, LLC, SSC FARMS III, LLC, SK FOODS, LLC, AND SK FARM SERVICES, LLC, WITH PREJUDICE; ORDER** |

22295290v1

THE STEFANIE ANN SALYER IRREVOCABLE TRUST, a trust, SS FARMS, LLC, a California limited liability company, SK FOODS, LP 401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K Plan," SARS, LLC, a California limited liability company, CSSS LP, a California limited partnership d/b/a Central Valley Shippers, SK FOODS LLC, a Nevada limited liability company, S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity, SKF AVIATION, LLC, a California limited liability company, SSC FARMING, LLC, a California limited liability company, RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation d/b/a Colusa County Canning Company and d/b/a SK Foods – Colusa Canning, CARMEL WINE MERCHANTS LLC, a California limited liability company, CIRCLE PACIFIC LTD., a New Zealand company, SUNRISE COAST JAPAN, an entity or a d/b/a of unknown legal capacity, SSC FARMS I, LLC, a California limited liability company, SSC FARMS II, LLC, a California limited liability company, SK FARM SERVICES, LLC, a California limited liability company, SK FROZEN FOODS, LLC, a California limited liability company, SALYER AMERICAN INSURANCE SERVICES, a California limited liability company, SSC FARMS III, LLC, a California limited liability company, SALYER AMERICAN COOLING, a general partnership, , and SALYER AMERICAN FRESH FOODS, a California corporation,

               Defendants.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

22295290v1

STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER

**Continuation Page**

| | |
|---|---|
| Gregory C. Nuti (CSBN 151754)<br>　gnuti@schnader.com<br>Kevin W. Coleman (CSBN 168538)<br>　kcoleman@schnader.com<br>Kathryn N. Richter (CSBN 100129)<br>　krichter@schnader.com<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, California  94104-5501<br>Telephone:   415.364.6742<br>Facsimile:    415.364.6785 | *Attorneys for Bradley D. Sharp, Chapter 11 Trustee for SK Foods, L.P. and RHM Industrial/Specialty Foods, Inc., SK PM Corp., aka "S.K. Foods PM Corp.", Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp.", SS Farms, LLC, SSC Farming LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SK Foods, LLC, and SK Farm Services, LLC.* |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc. (collectively "Plaintiffs") and Bradley D. Sharp (the "Chapter 11 Trustee"), the duly appointed Chapter 11 Trustee for SK Foods, L.P. ("SK Foods") and RHM Industrial/Specialty Foods, Inc. ("RHM") (collectively the "Debtors"), and the duly appointed trustee for SK PM Corp., aka "S.K. Foods PM Corp.", Blackstone Ranch, aka "Blackstone Ranch Calif 'S' Corp.", SS Farms, LLC, SSC Farming LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SK Foods, LLC, and SK Farm Services, LLC (the "Sub-Con Parties"), hereby stipulate and agree that this action is dismissed as between the Plaintiffs, the Debtors, and the Sub-Con Parties only, with prejudice, each side to bear its own fees and costs.

Dated: June 9, 2014	TROUTMAN SANDERS LLP


By: /s/ Peter R. Lucier
    Terrence R. McInnis
    Kevin F. Kieffer
    Peter R. Lucier

*Attorneys for Plaintiffs Allied World National Assurance Company and Allied World Assurance Company (U.S.) Inc.*


Dated: June 9, 2014	SCHNADER HARRISON SEGAL & LEWIS LLP


By: /s/ Kathryn N. Richter (as authorized 6/3/2014)
    Gregory C. Nuti
    Kevin W. Coleman
    Kathryn N. Richter

*Counsel for Bradley D. Sharp, Chapter 11 Trustee*

22295290v1	2

**ORDER**

In accordance with the stipulation set forth above and Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is DISMISSED as between the Plaintiffs, the Debtors, and the Sub-Con Parties only, with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed not to close this case.

IT IS SO ORDERED.

Dated:   **June 12, 2014**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE