UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALLIED WORLD NATIONAL ASSURANCE COMPANY, et al.,<br><br>                    Plaintiffs,<br><br>            v.<br><br>SK PM CORP., et al.,<br><br>                    Defendants. | 1:10-cv-1262-LJO-JLT<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL OF REMAINING CLAIMS AND VACATING JULY 10, 2014 PRETRIAL CONFERENCE** |
|---|---|

      On June 12, 2014, "in light of the parties' continuing efforts to resolve all claims in this case," the Court rescheduled the pretrial conference for July 10, 2014. Doc. 163. As indicated in the Court's October 18, 2012 scheduling order, pursuant to Local Rule 281, Plaintiffs were required to file a pretrial conference statement on or before June 26, 2014, Defendants were required to file a pretrial statement on or before July 3, 2014, and the parties were required to file a joint pretrial statement on or before July 3, 2014. Doc. 103 at 5. To date, the parties have not filed any pretrial conference statements. Consequently, the parties are in violation of the Court's scheduling order and Local Rule 281.

      Accordingly, the Court ORDERS that:

1. The July 10, 2014 pretrial conference date is VACATED;

2. The parties shall file a joint pretrial conference statement on or before July 11, 2014, or show cause in writing why the remaining claims against the remaining Defendants should not be dismissed due to violations of the Court's scheduling order and Local Rules and/or the failure to diligently prosecute the case.

Failure to comply with this order may be grounds for dismissal. *See* Local Rule 110; *Bautista v.*

1

*Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000); *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for noncompliance with Local Rule).

IT IS SO ORDERED.

    Dated:   **July 7, 2014**                    **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE