# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, et al., <br><br>         **Plaintiffs,** <br><br>         v. <br><br>SK PM CORP., et al., <br><br>         **Defendants.** | 1:10-cv-1262-LJO-JLT <br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 165); AND** <br><br>**ORDER TO DISMISS AND CLOSE ACTION BASED UPON PLAINTIFFS' VOLUNTARY DISMISSAL OF ALL REMAINING CLAIMS AGAINST ALL REMAINING DEFENDANTS (Doc. 166)** |

On July 7, 2014 the Court issued an order to show cause in writing why the remaining claims against the remaining Defendants should not be dismissed due to violations of the Court's scheduling order and Local Rules and/or the failure to diligently prosecute the case. Doc. 165. In response, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs filed a stipulation for dismissal of all remaining claims against all remaining Defendants: SK FOODS, LP 401K PLAN, an ERISA plan aka "SK Foods L.P. Blackstone Ranch & SK Foods L.P. 401K Plan," S.K. FOODS PM CORP., an entity or a d/b/a of unknown legal capacity; CARMELWINE MERCHANTS LLC, a California limited liability company; CIRCLE PACIFIC LTD., a New Zealand company; SUNRISE COAST JAPAN, an entity or a d/b/a of unknown legal capacity; SALYER AMERICAN INSURANCE SERVICES, a California limited liability company; SALYER AMERICAN COOLING, a general partnership; and SALYER AMERICAN FRESH FOODS, a California corporation.

Accordingly, this Court:

1.    DISCHARGES the order to show cause;

  2.  DISMISSES the remaining claims against the remaining Defendants;

  3.  VACATES all pending dates and matters; and

  4.  DIRECTS the clerk to close this action.

IT IS SO ORDERED.

  Dated: **July 11, 2014**      /s/ Lawrence J. O'Neill
                  UNITED STATES DISTRICT JUDGE